IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RE: | ) |
| | ) |
| Alfonso L. Spells | ) Bankruptcy No. 15-21453 CMB |
| Tinika M. Robsinon-Spells | ) Chapter 13 |
|     Debtors | ) |
| SSN XXX-XX-6895 | ) |
| SSN XXX-XX-8107 | ) |
| | ) Document No. |
| Alfonso L. Spells | ) |
|     *Movant* | ) |
| | ) |
|     vs. | ) |
| 40 West Towing | ) |
|     *Respondent* | ) |

**CERTIFICATE OF SERVICE OF AMENDED WAGE ATTACHMENT ORDER AND NOTIFICATION OF DEBTOR'S SOCIAL SECURITY NUMBER**

    I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on (date) <u>July 14, 2016.</u>

    The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was:  <u>First Class Mail</u>                                            .

    If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed under the heading "Service by First-Class Mail."

EXECUTED ON:

Ronda J. Winnecour, Trustee
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

40 West Towing
Attn: Debbie Fisher, Payroll Department
284 Montevue Lane
Frederick, MD 21702

Alfonso L. Spells
2408 S. Braddock Avenue
Pittsburgh, PA 15218

                                             By:    <u>/s/ Kenneth M. Steinberg</u>
                                                    Kenneth M. Steinberg, Esquire
                                                    Attorney for the Debtor

                                                    STEIDL & STEINBERG
                                                    Suite 2830, Gulf Tower
                                                    707 Grant Street
                                                    Pittsburgh, PA 15219

(412) 391-8000
Kenny.steinberg@steidl-steinberg.com
PA I.D. No. 31244