IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RE: | ) | |
| | ) | |
| Alfonso L. Spells | ) | Bankruptcy No. 15-21453 CMB |
| Tinika M. Robsinon-Spells | ) | Chapter 13 |
|     Debtors | ) | |
| SSN XXX-XX-6895 | ) | |
| SSN XXX-XX-8107 | ) | |
| | ) | Document No. |
| Tinika M. Robinson-Spells | ) | |
|     *Movant* | ) | |
| | ) | |
|     vs. | ) | |
| Labcorp Human Resources | ) | |
|     *Respondent* | ) | |

**CERTIFICATE OF SERVICE OF AMENDED WAGE ATTACHMENT ORDER AND NOTIFICATION OF DEBTOR'S SOCIAL SECURITY NUMBER**

    I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on (date) <u>July 14, 2016.</u>

    The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was:  <u>First Class Mail</u>.

    If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed under the heading "Service by First-Class Mail."

EXECUTED ON:

Ronda J. Winnecour, Trustee
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Labcorp Human Resources
Attn: Tara Hess, Payroll
13900 Park Center Road
Herndon, VA 20171

Tinika M. Robinson-Spells
2408 S. Braddock Avenue
Pittsburgh, PA 15218

                  By:    <u>/s/ Kenneth M. Steinberg</u>
                           Kenneth M. Steinberg, Esquire
                           Attorney for the Debtor

                           STEIDL & STEINBERG
                           Suite 2830, Gulf Tower
                           707 Grant Street

Pittsburgh, PA 15219
(412) 391-8000
[Kenny.steinberg@steidl-steinberg.com](mailto:Kenny.steinberg@steidl-steinberg.com)
PA I.D. No. 31244