Form 151

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Alfonso L. Spells**
**Tinika M. Robinson-Spells**
   Debtor(s)

Bankruptcy Case No.: 15−21453−CMB
Related To Docket No. 74
Chapter: 13
Docket No.: 80 − 74
Concil. Conf.: September 22, 2016 at 03:00 PM

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than 18 years of age and that

on the ___29th___ day of ___July___, 2016, I served a copy of the within *Order* together with the *Notice of Proposed Modification to Confirmed Plan* and the *Amended Plan* filed in this proceeding, by (describe the mode of service):

REGULAR US POSTAL SERVICE

on the respondent(s) at (list names and addresses here):

SEE ATTACHED MAILING MATRIX

Executed on  July 29, 2016                /s/ Leslie Nebel
            (Date)                                    (Signature)

Leslie Nebel, 707 Grant Street, Suite 2830, Pittsburgh, PA  15219
(Type Name and Mailing Address of Person Who Made Service)

```
Label Matrix for local noticing            Allstate Security Systems                  Ally Financial
0315-2                                     c/o Lockhart, Morris & Montgomery, Inc.    Tucker Arensberg, P.C.
Case 15-21453-CMB                          1401 N. Central Expy., Suite 201           c/o Brett A. Solomon, Esquire
WESTERN DISTRICT OF PENNSYLVANIA           Richardson, TX 75080-4681                  1500 One PPG Place
Pittsburgh                                                                            Pittsburgh, Pa 15222-5413
Wed Sep  9 08:34:54 EDT 2015

Ally Financial                             Ally Financial                             American InfoSource LP as agent for
PO  Box 380901                             PO Box 130424                              DIRECTV, LLC
Minneapolis, MN 55438-0901                 Roseville, MN 55113-0004                   PO Box 51178
                                                                                      Los Angeles, CA  90051-5478


American InfoSource LP as agent for        American InfoSource LP as agent for        Peter J. Ashcroft
Midland Funding LLC                        T Mobile/T-Mobile USA Inc                  Bernstein-Burkley, P.C.
PO Box 268941                              PO Box 248848                              Suite 2200, Gulf Tower
Oklahoma City, OK  73126-8941              Oklahoma City, OK  73124-8848              Pittsburgh, PA 15219-1900


Ashley Stewart                             Best Buy                                   Borough of Swissvale
PO Box 182125                              PO Box 6497                                7447 Washington Street
Columbus, OH 43218-2125                    Sioux Falls, SD 57117-6497                 Pittsburgh, PA 15218-2581


Bureau of UC Benefits and Allowances       CAPITAL ONE, N.A.                          CNAC
P.O. Box 67503                             C/O BECKET AND LEE LLP                     12802 Hamilton Crossing Blvd
Harrisburg, PA 17106-7503                  POB 3001                                   Carmel, IN 46032-5424
                                           MALVERN, PA 19355-0701


Capital One                                Cavalry SPV I, LLC                         Cavalry SPV I, LLC
PO Box 71083                               500 Summit Lake Drive, Ste 400             Assignee of Capital One Bank USA, N.A.
Charlotte, NC 28272-1083                   Valhalla, NY 10595-1340                    Bass & Associates, P.C.
                                                                                      3936 E Ft. Lowell Road Suite #200
                                                                                      Tucson, AZ 85712-1083


Chase Receivables Prof. Collection Agcy    (p)CITIBANK                                Citizens Bank
1247 Broadway                              PO BOX 790034                              PO Box 42023
Sonoma, CA 95476-7503                      ST LOUIS MO 63179-0034                     Providence, RI 02940-2023


Commonwealth of PA - Dept. of Labor & Indust  (p)CONTINENTAL FINANCE COMPANY LLC      Department Stores National Bank For Macys Br
Labor & Industry Bldg., 10th Floor         PO BOX 8099                                Bankruptcy Processing
651 Boas Street                            NEWARK DE 19714-8099                       Po Box 8053
Harrisburg, PA 17121-0725                                                             Mason, OH 45040-8053


Department of Economic Development         Discover Bank                              (p)DISCOVER FINANCIAL SERVICES LLC
425 Sixth Avenue, Suite 800                Discover Products Inc                      PO BOX 3025
Pittsburgh, PA 15219-1876                  PO Box 3025                                NEW ALBANY OH 43054-3025
                                           New Albany, OH  43054-3025


Duquesne Light Company                     Equitable Gas Bankruptcy Department        Fast Loans
Payment Processing Center                  Attn:  Judy Gawlowski                      PO Box 50191
PO Box 67                                  225 North Shore Drive 2nd Floor            Minneapolis, MN 55405-0191
Pittsburgh, PA 15267-0067                  Pittsburgh, PA 15212-5860
```

```
Fingerhut                         Gordon's Jewelers                 Andrew F Gornall
PO Box 166                        PO Box 183015                     KML Law Group, P.C.
Newark, NJ 07101-0166             Columbus, OH 43218-3015           701 Market Street
                                                                    Suite 5000
                                                                    Philadelphia, PA 19106-1541


Internal Revenue Service          JC Penney                         JC Penney
PO Box 7346                       PO Box 960090                     c/o Protfolio Recovery Associates
Philadelphia, PA 19101-7346       Orlando, FL 32896-0090            PO Box 12914
                                                                    Virginia Beach, VA 23451


JD Byrider                        Jared                             Kay Jewelers
4916 William Penn Highway         c/o Steling Incorporated          PO Box 740425
Monroeville, PA 15146-3756        Customer Service Dept.            Cincinnati, OH 45274-0425
                                  375 Ghent Road
                                  Akron, OH 44333-4601


Kohl's                            Lane Bryant                       Lockhart Morris & Montgo
PO Box 3120                       PO Box 182125                     833 Arapaho Road
Milwaukee, WI 53201-3120          Columbus, OH 43218-2125           Richardson, TX 75081-2246


Lowe's                            MERRICK BANK                      Macy's
PO Box 530914                     Resurgent Capital Services        PO Box 183083
Atlanta, GA 30353-0914            PO Box 10368                      Columbus, OH 43218-3083
                                  Greenville, SC 29603-0368


Merrick Bank                      Midland Funding LLC               Navient
PO Box 9201                       8875 Aero Drive, Suite 200        PO Box 9533
Old Bethpage, NY 11804-9001       San Diego, CA 92123-2255          Minneapolis, MN 55405


Office of the United States Trustee   One Main Financial            PA Department of Revenue
Liberty Center.                       6801 Colwell Boulevard        PO Box 281041
1001 Liberty Avenue, Suite 970        Irving, TX 75039-3198         Harrisburg, PA 17128-1041
Pittsburgh, PA 15222-3721


PNC BANK, N.A.                    PNC Bank                          PNC Bank, N.A.
PO BOX 94982                      PO Box 856177                     Attn: Bankruptcy Department
CLEVELAND, OHIO 44101-4982        Louisville, KY 40285-6177         3232 Newmark Drive
                                                                    Miamisburg, OH 45342-5421


PNC Mortgage                      Pennsylvania Dept. of Revenue     Peoples Natural Gas
PO Box 8807                       Department 280946                 P.O. Box 535323
Dayton, OH 45401-8807             P.O. Box 280946                   Pittsburgh, PA 15253-5323
                                  ATTN: BANKRUPTCY DIVISION
                                  Harrisburg, PA 17128-0946


Peoples Natural Gas Company, LLC  (p)PORTFOLIO RECOVERY ASSOCIATES LLC  Quantum3 Group LLC as agent for
Attn:  Dawn Lindner               PO BOX 41067                      Comenity Bank
375 North Shore Drive, Suite 600  NORFOLK VA 23541-1067             PO Box 788
Pittsburgh, PA 15212-5866                                           Kirkland, WA  98083-0788
```

Tinika M. Robinson-Spells
2408 S. Braddock Avenue
Pittsburgh, PA 15218-2245

Sam's Club
PO Box 530942
Atlanta, GA 30353-0942

Brett A. Solomon
Tucker Arensberg, P.C.
1500 One PPG Place,
Pittsburgh, PA 15222-5413

Alfonso L. Spells
2408 S. Braddock Avenue
Pittsburgh, PA 15218-2245

Springleaf
PO Box 64
Canton, OH 44707-0064

(p)SPRINGLEAF FINANCIAL SERVICES
P O BOX 3251
EVANSVILLE IN 47731-3251

Kenneth M. Steinberg
Steidl & Steinberg
Suite 2830 Gulf Tower.
707 Grant Street
Pittsburgh, PA 15219-1908

Sterling Jewelers, Inc.
dba Jared The Galleria of Jewelry
c/o Buckley King LPA
600 Superior Avenue
Suite 1400
Cleveland, Ohio 44114-2693

Sterling Jewelers, Inc. dba Kay Jewelers
c/o Buckley King LPA
600 Superior Avenue East, Suite 1400
Cleveland, Ohio 44114-2693

T-Mobile
c/o Diversified Consultants Inc
10550 Deerwood Park Blvd #309
Jacksonville, FL 32256-2805

The Wilkinsburg Penn Joint Water Autho.
2200 Robinson Blvd.
Pittsburgh, PA 15221-1193

Torrid
PO Box 182125
Columbus, OH 43218-2125

United Revenue Collection
PO Box 1184
Langhorne, PA 19047-6184

Venus
PO Box 182125
Columbus, OH 43218-2125

Verizon
c/o Chase Receivable
1247 Broadway
Sonoma, CA 95476-7503

Victoria's Secret
PO Box 182125
Columbus, OH 43218-2125

Vivint Inc.
62992 Collection Drive
Chicago, IL 60693-0001

S. James Wallace
Griffith, McCague & Wallace, P.C.
408 Cedar Avenue
Pittsburgh, PA 15212-5507

S. James Wallace
Griffith, McCague & Wallace, PC
408 Cedar Avenue
Pittsburgh, PA 15212-5507

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219-2702

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Children's Place
PO Box 183015
Columbus, OH 43218-3015

Continental Finance
PO Box 105125
Atlanta, GA 30348

Discover Financial Services
PO Box 30943
Salt Lake City, UT 84130-0943

Portfolio Recovery Associates, LLC
POB 12914
Norfolk VA 23541

Springleaf Financial Services
PO Box 3251
Evansville, IN 47731

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Capital One  
PO Box 71083  
Charlotte, NC 28272-1083

(u)Duquesne Light Company

(u)PNC Bank, National Association

End of Label Matrix  
Mailable recipients    79  
Bypassed recipients     3  
Total                  82

Form 222

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Alfonso L. Spells**
**Tinika M. Robinson-Spells**
   Debtor(s)

Bankruptcy Case No.: 15-21453-CMB
Related To Docket No. 74
Chapter: 13
Docket No.: 80 - 74
Concil. Conf.: September 22, 2016 at 03:00 PM

## ORDER

    **IT IS HEREBY ORDERED** that, the Debtor(s) shall immediately serve a copy of this *Order,* the *Notice of Proposed Modification to Confirmed Plan* and the *Amended Plan Dated July 26, 2016* on the Chapter 13 Trustee and all parties on the mailing matrix and complete and file the accompanying *Certificate of Service* with the Clerk.

    On or before **September 8, 2016,** all *Objections* must be filed and served on the Debtor(s), Chapter 13 Trustee and any creditor whose claim is the subject of the *Objection.* Untimely *objections* will not be considered.

    On **September 22, 2016** at **03:00 PM,** a Conciliation Conference on the Debtor(s)' *Amended Plan* shall occur with the Chapter 13 Trustee at 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.

    If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

Dated: July 28, 2016

Carlota M. Böhm, Judge
United States Bankruptcy Court

cm: Debtor(s) and/or Debtor(s)' counsel

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Alfonso L. Spells | ) | Case No. 15-21453 CMB |
| Tinika M. Robinson-Spells | ) | Chapter 13 |
|    Debtors | ) | Docket No. |
| | ) | |
| Alfonso L. Spells | ) | |
| Tinika M. Robinson-Spells | ) | |
|    Movants | ) | |
|             vs. | ) | |
| Allstate Security Systems, Ally Financial, | ) | |
| American Infosource, Berstein-Burkley, | ) | |
| Ashley Stewart, Best Buy, Borough of | ) | |
| Swissvale, Bureau of UC Benefits and | ) | |
| Allowances, Capital One NA, CNAC, | ) | |
| Capital One, Cavalry SPV I LLC, Chase | ) | |
| Receivables Prof. Collection Agency, | ) | |
| Citibank, Citizens Bank, Commonwealth of | ) | |
| PA Dept. of Labor & Industry, Continental | ) | |
| Finance Company LLC, Department Stores | ) | |
| National Bank for Macys, Department of | ) | |
| Economic Development, Discover Bank, | ) | |
| Discover Financial Services, Duquesne | ) | |
| Light Company, Equitable Gas Bankruptcy | ) | |
| Department, Fast Loans, Fingerhut, | ) | |
| Gordon's Jewelers, KML Law Group, | ) | |
| Internal Revenue Service, JC Penney, JD | ) | |
| Byrider, Jared, Kay Jewelers, Kohl's, Lane | ) | |
| Bryant, Lockhart Morris & Montgo, Lowe's | ) | |
| Merrick Bank, Macy's, Midland Funding | ) | |
| LLC, Navient, Office of the United States | ) | |
| Trustee, One Main Financial, PA | ) | |
| Department of Revenue, PNC Bank, PNC | ) | |
| Mortgage, Pennsylvania Department of | ) | |
| Revenue, People's Natural Gas, Portfolio | ) | |
| Recovery Associates, Quantum3 Group, | ) | |
| Sam's Club, Tucker Arensberg PC, | ) | |
| Springleaf, Springleaf Financial Services, | ) | |
| Sterling Jewelers, T-Mobile, The | ) | |
| Wilkinsburg Penn Joint Water Authority, | ) | |
| Torrid, United Revenue Collection, Venus, | ) | |
| Verizon, Victoria's Secret, Vivint Inc., | ) | |
| S. James Wallace, Ronda J. Winnecour | ) | |
|    Respondents | ) | |

**<u>NOTICE OF PROPOSED MODIFICATION TO
CONFIRMED AMENDED CHAPTER 13 PLAN DATED AUGUST 15, 2015</u>**

1. Pursuant to 11 U.S.C. Section 1329, the debtors have filed an Amended Chapter 13 Plan dated July 26, 2016 that is attached hereto. Pursuant to the Amended Chapter 13 Plan, the debtors seek to modify the confirmed plan in the following particulars:

   a. The debtors fell behind on their plan payments because both of the debtors changed their place of employment and no payments were remitted to the Chapter 13 Trustee during the interim period.

   b. The name JD Byrider has been changed to CNAC per the claim filed.

   c. The Pennsylvania Department of Revenue has a secured portion of the claim now listed on number nine of the Amended Chapter 13 Plan.

   d. The priority amount owed to the Pennsylvania Department of Revenue has been changed to agree with the Proof of Claim filed.

   e. The percentage payable to the general, non-priority unsecured creditors will remain at 5%. The pool had been changed to agree with the claims filed in this case.

   f. Counsel for the debtors will receive $5,400.00 in attorney fees for additional work performed.

   g. The debtors' amended monthly plan payment is $1,520.00 per month.

2. The proposed modification to the confirmed plan will impact the treatment of the claims to the following creditors and in the following particulars:

   a. The name JD Byrider has been changed to CNAC per the claim filed.

   b. The Pennsylvania Department of Revenue will be paid according to the claim filed.

   c. The general, non-priority unsecured creditors will be paid at 5% of claims filed.

3. The debtors submit that the reason for the modification is as follows:

    a. Refer to paragraph number one.

4. The debtors submit that the requested modification is being proposed in good faith, and not for any means prohibited by applicable law. The debtors further submit that the proposed modification complies with 11 U.S.C. Section 1322(a), 1322(b), 1325(a), and 1329, and except as set forth above, there are no other modifications sought by way of the Amended Chapter 13 Plan.

WHEREFORE, the debtors respectfully request that this Court enter an Order confirming the Amended Chapter 13 Plan, and for such other relief the Court deems equitable and just.

                                                Respectfully submitted,

July 26, 2016                       /s/ Kenneth M. Steinberg
DATE                             Kenneth M. Steinberg
                                       Attorney for the Debtors
                                       STEIDL & STEINBERG
                                       Suite 2830 – Gulf Tower
                                       707 Grant Street
                                       Pittsburgh, PA  15219
                                       (412) 391-8000
                                       PA I. D. No. 31244
                                       Fax No.  (412) 391-0221
                                       kenny.steinberg@steidl-steinberg.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

Bankruptcy Case Number: **15-21453 CMB**

Debtor#1: **ALPHONSO L. SPELLS**                                              Last Four (4) Digits of  SSN: **6895**

Debtor#2: **TINIKA M. ROBINSON-SPELLS**                          Last Four (4) Digits of  SSN: **8107**

Check if applicable    **X** Amended Plan      ☐ **Plan expected to be completed within the next 12 months**

### CHAPTER 13 PLAN DATED JULY 26, 2016
### COMBINED WITH CLAIMS BY DEBTOR PURSUANT TO RULE 3004

*UNLESS PROVIDED BY PRIOR COURT ORDER THE OFFICIAL PLAN FORM MAY NOT BE MODIFIED*

**PLAN FUNDING**
Total amount of **$1,520.00** per month for a plan term of **60** months shall be paid to the Trustee from future earnings as follows:
Payments:            By Income Attachment                Directly by Debtor                By Automated Bank Transfer
D#1            **$1,520.00**                                        $_____
D#2            $_____                        $_____                        $_____
(Income attachments must be used by Debtors having attachable income)            (SSA direct deposit recipients only)

Estimated amount of additional plan funds from sale proceeds, etc.: $_____
The Trustee shall calculate the actual total payments estimated throughout the plan.
The responsibility for ensuring that there are sufficient funds to effectuate the goals of the Chapter 13 plan rests with the Debtor.

**PLAN PAYMENTS TO BEGIN**:  no later than one month following the filing of the bankruptcy petition.

**FOR AMENDED PLANS**:
   i.   The total plan payments shall consist of all amounts previously paid together with the new monthly payment for the remainder of the plan's duration.
   ii.  The original plan term has been extended by _____months for a total of _____months from the original plan filing date;
   iii. The payment shall be changed effective **August 1, 2016.**
   iv.  The Debtor (s) have filed a motion requesting that the court appropriately change the amount of all wage orders.

The Debtor agrees to dedicate to the plan the estimated amount of sale proceeds: $_____from the sale of this property (describe) _____. All sales shall be completed by_____. Lump sum payments shall be received by the Trustee as follows: _____.
Other payments from any source (describe specifically) _____ shall be received by the Trustee as follows: _____.

**The sequence of plan payments shall be determined by the Trustee, using the following as a general guide:**

*Level One:*        Unpaid filing fees.
*Level Two:*        Secured claims and lease payments entitled to Section 1326 (a)(1)(C) pre-confirmation adequate    protection payments.
*Level Three:*     Monthly ongoing mortgage payments, ongoing vehicle and lease payments, installments on professional fees, and post-petition utility claims.
*Level Four:*       Priority Domestic Support Obligations.
*Level  Five:*       Mortgage arrears, secured taxes, rental arrears, vehicle payment arrears.
*Level Six:*          All remaining secured, priority and specially classified claims, miscellaneous secured arrears.
*Level  Seven:*   Allowed general unsecured claims.
*Level  Eight:*     Untimely filed unsecured claims for which the Debtor has not lodged an objection.

**1.  UNPAID FILING FEES**   _____

Filing fees: the balance of $_____ shall be fully paid by the Trustee to the Clerk of Bankruptcy Court from the first available funds.

**PAWB Local Form 10 (07/13)**

**2. PERSONAL PROPERTY SECURED CLAIMS AND LEASE PAYMENTS ENTITLED TO PRECONFIRMATION ADEQUATE PROTECTION PAYMENTS UNDER SECTION 1326 (a)(1)(C)**

*Creditors subject to these terms are identified below within parts 3b, 4b, 5b or 8b.* Timely plan payments to the Trustee by the Debtor(s) shall constitute compliance with the adequate protection requirements of Section 1326 (a)(1)(C). Distributions prior to final plan confirmation shall be made at Level 2. Upon final plan confirmation, these distributions shall change to level 3. Leases provided for in this section are assumed by the Debtor(s).

**3(a). LONG TERM CONTINUING DEBTS CURED AND REINSTATED, AND LIEN (if any) RETAINED**

| Name of Creditor (include account #) | Description of Collateral (Address or parcel ID of real estate, etc.) | Monthly Payment (If changed, state effective date) | Pre-petition arrears to be cured (w/o interest, unless expressly stated) |
|---|---|---|---|
| **PNC Bank 0696** | **2408 S. Braddock Avenue, Pittsburgh, PA** | **$564.82** | **$660.69** |
|  |  |  |  |
|  |  |  |  |

3(b). *Long term debt claims secured by PERSONAL property entitled to §1326 (a)(1)(C) preconfirmation adequate protection payments:*

|  |  |  |  |
|---|---|---|---|
|  |  |  |  |

**4. SECURED CLAIMS TO BE PAID IN FULL DURING TERM OF PLAN, ACCORDING TO ORIGINAL CONTRACT TERMS, WITH NO MODIFICATION OF CONTRACTUAL TERMS AND LIENS RETAINED UNTIL PAID**

4(a). *Claims to be paid at plan level three (for vehicle payments, do not use "pro rata" but instead, state the monthly payment to be applied to the claim):*

| Name of Creditor | Description of Collateral | Contractual Monthly Payment (Level 3) | Principal Balance Of Claim | Contract Rate of Interest |
|---|---|---|---|---|
| **Department of Economic Development This debtor is not required to make any monthly payments on this third mortgage. This debt will be forgiven as of December 16, 2015.** | **2408 S. Braddock Avenue, Pittsburgh, PA** | **$0.00** |  |  |
| **Ally Financial** | **2014 Dodge Dart** | **$475.78** | **$24,561.17** | **10.70%** |
|  |  |  |  |  |

4(b). *Claims entitled to preconfirmation adequate protection payments pursuant to Section 1326 (a)(1)(C) (Use only if claim qualifies for this treatment under the statute, and if claims are to be paid at level two prior to confirmation, and moved to level three after confirmation):*

| Name of Creditor | Description of Collateral | Contractual Monthly Payment (Level 3) | Principal Balance Of Claim | Contract Rate of Interest |
|---|---|---|---|---|
|  |  |  |  |  |

**5. SECURED CLAIMS TO BE FULLY PAID ACCORDING TO MODIFIED TERMS AND LIENS RETAINED**

5(a). *Claims to be paid at plan level three (for vehicle payments, do not use "pro rata"; instead, state the monthly payment to be applied to the claim)*

| Name of Creditor | Description of Collateral | Modified Principal Balance | Interest Rate | Monthly Payment at Level 3 or Pro |
|---|---|---|---|---|

| | | | | Rata |
|---|---|---|---|---|
| **CNAC** | **2007 Kia Optima** | **$3,465.69** | **8%** | **$358.45** |
| **Sterling Jewelers d/b/a/ Jared the Galleria of Jewelry** | **Jewelry** | **$251.87** | **0%** | **$10.00** |
| **Sterling Jewelers d/b/a Kay Jewelers** | **Jewelry** | **$1,965.76** | **0%** | **$37.00** |

**PAWB Local Form 10 (07/13)**

5(b). *Claims entitled to preconfirmation adequate protection payments pursuant to Section 1326 (a)(1)(C) (Use only if claim qualifies for this treatment under the statute, and if claims are to be paid at level two prior to confirmation, and moved to level three after confirmation):*

| Name of Creditor | Description of Collateral | Modified Principal Balance | Interest Rate | Monthly Payment at Level 3 or Pro Rata |
|---|---|---|---|---|
| | | | | |

**6. SECURED CLAIMS NOT PAID DUE TO SURRENDER OF COLLATERAL; SPECIFY DATE OF SURRENDER**

**7. THE DEBTOR PROPOSES TO AVOID OR LIMIT THE LIENS OF THE FOLLOWING CREDITORS:**

| Name the Creditor and identify the collateral with specificity. | Name the Creditor and identify the collateral with specificity. |
|---|---|
| | **Springleaf holds the third mortgage lien on property located at 2408 S. Braddock Avenue, Pittsburgh, PA** |
| | |
| | |

**8. LEASES. Leases provided for in this section are assumed by the debtor(s). Provide the number of lease payments to be made by the Trustee**.

8(a). *Claims to be paid at plan level three (for vehicle payments, do not use "pro rata"; instead, state the monthly payment to be applied to the claim):*

| Name of Creditor (include account#) | Description of leased asset | Monthly payment amount and number of payments | Pre-petition arrears to be cured (Without interest, unless expressly stated otherwise) |
|---|---|---|---|
| | | | |
| | | | |

8(b). *Claims entitled to preconfirmation adequate protection payments pursuant to Section 1326 (a)(1)(C) (Use only if claim qualifies for this treatment under the statute, and if claims are to be paid at level two prior to confirmation, and moved to level three after confirmation):*

| Name of Creditor (include account#) | Description of leased asset | Monthly payment amount and number of payments | Pre-petition arrears to be cured (Without interest, unless expressly stated otherwise) |
|---|---|---|---|
| | | | |

**9. SECURED TAX CLAIMS FULLY PAID AND LIENS RETAINED**

| Name of Taxing Authority | Total Amount of Claim | Type of Tax | Rate of Interest * | Identifying Number(s) if Collateral is Real Estate | Tax Periods |
|---|---|---|---|---|---|
| **PA Department of Revenue** | **$821.88** | **Income** | **0%** | | **2013** |

|  |  |  |  |  |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |

\* *The secured tax claims of the Internal Revenue Service, Commonwealth of Pennsylvania and County of Allegheny shall bear interest at the statutory rate in effect as of the date of confirmation of the first plan providing for payment of such claims.*

**PAWB Local Form 10 (07/13)**

**10. PRIORITY DOMESTIC SUPPORT OBLIGATIONS:**
If the Debtor (s) is currently paying Domestic Support Obligations through existing state court order(s) and leaves this section blank, the Debtor (s) expressly agrees to continue paying and remain current on all Domestic Support Obligations through existing state court orders. If this payment is for prepetition arrearages only, check here: ☐   As to "Name of Creditor," specify the actual payee, e.g. PA SCDU, etc.

| Name of Creditor | Description | Total Amount of Claim | Monthly Payment or Prorata |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |

**11. PRIORITY UNSECURED TAX CLAIMS PAID IN FULL**

| Name of Taxing Authority | Total Amount of Claim | Type of Tax | Rate of Interest (0% if blank) | Tax Periods |
|---|---|---|---|---|
| **Borough of Swissvale** | **$165.00** | **Trash service** | **0%** | **2015** |
| **Internal Revenue Service** | **$3,793.44** | **Income** | **0%** | **2012-2013** |
| **PA Department of Revenue** | **$12.01** | **Income** | **0%** | **2014** |
| **The Wilkinsburg Penn Joint Water Authority** | **$191.74** | **Water service** | **0%** | **2015** |
|  |  |  |  |  |

**12. ADMINISTRATIVE PRIORITY CLAIMS TO BE FULLY PAID**
   a. Percentage fees payable to the Chapter 13 Fee and Expense Fund shall be paid at the rate fixed by the United States Trustee.
   b. Attorney fees are payable to **Steidl & Steinberg, Suite 2830- Gulf Tower, 707 Grant Street, Pittsburgh, PA 15219**. In addition to a retainer of **$600.00 in attorney fees, $500.00 in expenses** already paid by or on behalf of the Debtor, the amount of **$5,400.00** is to be paid at the rate of **$160.00** per month. Including any retainer paid, a total of $_____ has been approved pursuant to a fee application. An additional $_____ will be sought through a fee application to be filed and approved before any additional amount will be paid thru the Plan.

**13. OTHER PRIORITY CLAIMS TO BE PAID IN FULL**

| Name of Creditor | Total Amount of Claim | Interest Rate (0% if blank) | Statute Providing Priority Status |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

|  |  |  |  |
|---|---|---|---|
|  |  |  |  |

**14. POST-PETITION UTILITY MONTHLY PAYMENTS.** This provision completed only if utility provider has agreed to this treatment.

These payments comprise a single monthly combined payment for post-petition utility services, any post-petition delinquencies and unpaid security deposits. The claim payment will not change for the life of the plan. Should the utility file a motion requesting a payment change, the Debtor will be required to file an amended plan. These payments may not resolve all of the post-petition claims of the utility. The utility may require additional funds from the Debtor (s) after discharge.

**PAWB Local Form 10 (07/13)**

| Name of Creditor | Monthly Payment | Post-petition Account Number |
|---|---|---|
|  |  |  |
|  |  |  |

**15. CLAIMS OF UNSECURED NONPRIORITY CREDITORS TO BE SPECIALLY CLASSIFIED.** If the following is intended to be treated as long term continuing debt treatment pursuant to Section 1322(b)(5) of the Bankruptcy Code, check here: ☐

| Name of Creditor | Principal Balance or Long Term Debt | Rate of Interest (0% if blank) | Monthly Payments | Arrears to be Cured | Interest Rate on Arrears |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

**16. CLAIMS OF GENERAL, NONPRIORITY UNSECURED CREDITORS**

Debtor(s) ESTIMATE that a total of **$3,377.00** will be available for distribution to unsecured, non-priority creditors. Debtor(s) UNDERSTAND that a MINIMUM of **$0.00** shall be paid to unsecured, non-priority creditors in order to comply with the liquidation alternative test for confirmation. The total pool of funds estimated above is NOT the MAXIMUM amount payable to this class of creditors. Instead, the actual pool of funds available for payment to these creditors under the plan base will be determined only after audit of the plan at time of completion. The estimated percentage of payment to general unsecured creditors is **5%.** The percentage of payment may change, based upon the total amount of allowed claims. Late-filed claims will not be paid unless all timely filed claims have been paid in full. Thereafter, all late-filed claims will be paid pro-rata unless an objection has been filed within thirty (30) days of filing the claim. Creditors not specifically identified in Parts 1 - 15, above, are included in this class.

**GENERAL PRINCIPLES APPLICABLE TO ALL CHAPTER 13 PLANS**

This is the voluntary Chapter 13 reorganization plan of the Debtor (s). The Debtor (s) understand and agree that the Chapter 13 plan may be extended as necessary by the Trustee, to not more than sixty (60) months, in order to insure that the goals of the plan have been achieved. Property of the estate shall not re-vest in the Debtor (s) until the bankruptcy case is closed.

The Debtor (s) shall comply with the tax return filing requirements of Section 1308, prior to the Section 341 Meeting of Creditors, and shall provide the Trustee with documentation of such compliance at or before the time of the Section 341 Meeting of Creditors. Counsel for the Debtor(s), or Debtor (if not represented by counsel), shall provide the Trustee with the information needed for the Trustee to comply with the requirements of Section 1302 as to notification to be given to Domestic Support Obligation creditors, and Counsel for the Debtor(s), or Debtor (if pro se) shall provide the Trustee with the calculations relied upon by Counsel to determine the Debtor (s)' current monthly income and disposable income.

As a condition to eligibility of the Debtor(s) to receive a discharge upon successful completion of the plan, Counsel for the debtor(s), or the debtor(s) if not represented by counsel, shall file with the Court Local Bankruptcy Form 24 (Debtor's Certification of Discharge Eligibility) within forty-five (45) days after making the final plan payment.

All pre-petition debts are paid through the Trustee. Additionally, ongoing payments for vehicles, mortgages and assumed leases are also paid through the Trustee, unless the Court orders otherwise.

Percentage fees to the Trustee are paid on all distributions at the rate fixed by the United States Trustee. The Trustee has the discretion to adjust, interpret and implement the distribution schedule to carry out the plan. The Trustee shall follow this standard plan form sequence unless otherwise ordered by the Court.

The provisions for payment to secured, priority and specially classified creditors in this plan shall constitute claims in accordance with Bankruptcy Rule 3004. Proofs of claim by the Trustee will not be required. The Clerk shall be entitled to rely on the accuracy of the information contained in this plan with regard to each claim. If the secured, priority or specially classified creditor files its own claim, then the creditor's claim shall govern, provided the Debtor (s) and Debtor (s)' counsel have been given notice and an opportunity to object. The Trustee is authorized, without prior notice, to pay claims exceeding the amount provided in the plan by not more than $250.

**PAWB Local Form 10 (07/13)**

Any Creditor whose secured claim is modified by the plan, or reduced by separate lien avoidance actions, shall retain its lien until the plan has been fully completed, or until it has been paid the full amount to which it is entitled under applicable non-bankruptcy law, whichever occurs earlier. Upon payment in accordance with these terms and successful completion of the plan by the Debtor (s), the creditor shall promptly cause all mortgages and liens encumbering the collateral to be satisfied, discharged and released

Should a pre-petition Creditor file a claim asserting secured or priority status that is not provided for in the plan, then after notice to the Trustee, counsel of record, (or the Debtor (s) in the event that they are not represented by counsel), the Trustee shall treat the claim as allowed unless the Debtor(s) successfully objects.

Both of the preceding provisions will also apply to allowed secured, priority and specially classified claims filed after the bar date. LATE-FILED CLAIMS NOT PROPERLY SERVED ON THE TRUSTEE AND THE DEBTOR(S)' COUNSEL OF RECORD (OR DEBTOR, IF PRO SE) WILL NOT BE PAID. The responsibility for reviewing the claims and objecting where appropriate is placed on the Debtor.

**BY SIGNING THIS PLAN THE UNDERSIGNED, AS COUNSEL FOR THE DEBTOR(S), OR THE DEBTOR(S) IF NOT REPRESENTED BY COUNSEL, CERTIFY THAT I/WE HAVE REVIEWED ANY PRIOR CONFIRMED PLAN(S), ORDER(S) CONFIRMING PRIOR PLAN(S), PROOFS OF CLAIM FILED WITH THE COURT BY CREDITORS, AND ANY ORDERS OF COURT AFFECTING THE AMOUNT(S) OR TREATMENT OF ANY CREDITOR CLAIMS, AND EXCEPT AS MODIFIED HEREIN, THAT THIS PROPOSED PLAN CONFORMS TO AND IS CONSISTENT WITH ALL SUCH PRIOR PLANS, ORDERS AND CLAIMS. FALSE CERTIFICATIONS SHALL SUBJECT THE SIGNATORIES TO SANCTIONS UNDER FED.R.BANK.P. 9011.**

Attorney Signature:/s/ Kenneth M. Steinberg

Attorney Name and Pa. ID # Kenneth M. Steinberg  #31244

Attorney Address and Phone: 707 Grant Street, Suite 2830-Gulf Tower, Pittsburgh, PA 15219
412-391-8000

Debtor Signature:  /s/ Alphonso L. Spells

Debtor Signature /s/ Tinika M. Robinson Spells

**PAWB Local Form 10 (07/13)**