**Form 222**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Alfonso L. Spells**
**Tinika M. Robinson–Spells**
   Debtor(s)

Bankruptcy Case No.: 15–21453–CMB
Related To Docket No. 74
Chapter: 13
Docket No.: 80 – 74
Concil. Conf.: September 22, 2016 at 03:00 PM

## ORDER

   **IT IS HEREBY ORDERED** that, the Debtor(s) shall immediately serve a copy of this *Order,* the *Notice of Proposed Modification to Confirmed Plan* and the *Amended Plan Dated July 26, 2016* on the Chapter 13 Trustee and all parties on the mailing matrix and complete and file the accompanying *Certificate of Service* with the Clerk.

   On or before **September 8, 2016,** all *Objections* must be filed and served on the Debtor(s), Chapter 13 Trustee and any creditor whose claim is the subject of the *Objection.* Untimely *objections* will not be considered.

   On **September 22, 2016** at **03:00 PM,** a Conciliation Conference on the Debtor(s)' *Amended Plan* shall occur with the Chapter 13 Trustee at 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.

   If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

*Carlota M. Böhm*
Carlota M. Böhm, Judge
United States Bankruptcy Court

Dated: July 28, 2016

cm: Debtor(s) and/or Debtor(s)' counsel

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Alfonso L. Spells
Tinika M. Robinson-Spells
    Debtors

Case No. 15-21453-CMB
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: jhel     Page 1 of 1     Date Rcvd: Jul 28, 2016
                        Form ID: 222     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 30, 2016.
db         #+Alfonso L. Spells,   2408 S. Braddock Avenue,   Pittsburgh, PA 15218-2245
jdb        +Tinika M. Robinson-Spells,   2408 S. Braddock Avenue,   Pittsburgh, PA 15218-2245

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                               TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 30, 2016                                     Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 28, 2016 at the address(es) listed below:
         Andrew F Gornall    on behalf of Creditor    PNC Bank, National Association
          agornall@goldbecklaw.com,   bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
         Brett A. Solomon    on behalf of Creditor    Ally Financial bsolomon@tuckerlaw.com,
          dparanay@tuckerlaw.com;apetronchak@tuckerlaw.com;agilbert@tuckerlaw.com
         Kenneth M. Steinberg    on behalf of Plaintiff Tinika M. Robinson-Spells
          julie.steidl@steidl-steinberg.com,
          kenny.steinberg@steidl-steinberg.com;npalashoff@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com
         Kenneth M. Steinberg    on behalf of Joint Debtor Tinika M. Robinson-Spells
          julie.steidl@steidl-steinberg.com,
          kenny.steinberg@steidl-steinberg.com;npalashoff@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com
         Kenneth M. Steinberg    on behalf of Debtor Alfonso L. Spells julie.steidl@steidl-steinberg.com,
          kenny.steinberg@steidl-steinberg.com;npalashoff@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com
         Kenneth M. Steinberg    on behalf of Plaintiff Alfonso L. Spells julie.steidl@steidl-steinberg.com,
          kenny.steinberg@steidl-steinberg.com;npalashoff@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
         Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
          ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtdrive.com
         Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
         S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company, LLC sjw@sjwpgh.com,
          srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
         S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
          Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                 TOTAL: 11