10:00 AM

# PROCEEDING MEMO

**Date:** AUGUST 24, 2016

**In re:** ALFONSO L. SPELLS and TINIKA M. ROBINSON-SPELLS

Bankruptcy No. 15-21453-CMB
Ch. 13
Doc. #69

**Appearances:** Jillian Snyder, Ally; Abby Steidl, D.

**Movant(s):** Brett Solomon

**Respondent(s):** Julie Steidl
~~Winnecour / Pail / Bedford /~~ Katz ✓

**Nature of Proceeding:** Motion for Relief from Automatic Stay by Ally Financial

**Additional Pleadings:** Response filed by Debtor (77)

**Judge's Notes:**
**Outcome:**

Ally asserts T stopped making plan payments and D also stopped making payments. New plan has been filed and Ally willing to continue, but requests funds held by T.

T was not aware of payment issue.

_____ Motion is GRANTED _____ Order entered
_____ Motion is DENIED _____ Order entered
_____ Motion WITHDRAWN
_____ Motion is DISMISSED _____ Order entered
_____ Reschedule for Proper Service
_____ Case DISMISSED _____ Order entered
_____ Parties to submit Order/Settlement/Stipulation by _____ days
__X__ CONTINUED MATTER: _____ for at least _____ days (Court to Issue Order)
_____ to hearing date of _____
_____ ISSUE EVIDENTIARY HEARING NOTICE
_____ Discovery time needed _____ days
_____ Briefs to be filed: Movant(s) brief due _____ days
                         Respondent(s) brief due _____ days
                         Trustee's brief due _____ days

Continued to 9/28/16 @ 11:00 a.m.

FILED
8/24/16 2:40 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**Carlota M. Böhm**
**U. S. Bankruptcy Judge**