UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

In Re:

Alfonso L. Spells and Tinika M. Robinson-Spells                    :    No. 15-21453-CMB
                                                                   :
                    Debtors                                        :    Chapter 13
                                                                   :
Ally Financial                                                     :    Related to Docket No. 69,95
                                                                   :
                    Movant                                         :
                                                                   :
        vs.                                                        :
                                                                   :
Tinika M. Robinson-Spells                                          :
Ronda J. Winnecour, Trustee                                        :
                                                                   :
                    Respondents                                    :
                                                                   :
                                                                   :

## ORDER OF COURT

AND NOW, this __2nd__ day of __November__, 2016, it appearing to the Court that the

Movant has filed a Withdrawal of Motion for Relief from Automatic Stay Filed at Docket No. 69 in

the above-captioned bankruptcy case.

It is hereby ORDERED that the said Motion for Relief from Automatic Stay Filed at

Docket No. 69 is denied as withdrawn.

It is further ORDERED that the hearing relating to the said Motion for Relief from

Automatic Stay scheduled for November 16, 2016 at 10:00 a.m. at Courtroom B, 54th Floor U.S.

Steel Tower, 600 Grant Street, Pittsburgh, Pennsylvania 15219 is hereby cancelled.

Carlota M. Bohm
United States Bankruptcy Judge

BANK_FIN:548057-1 024035-176004

FILED
11/2/16 3:35 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                      Case No. 15-21453-CMB
Alfonso L. Spells                                                           Chapter 13
Tinika M. Robinson-Spells
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: dric              Page 1 of 1              Date Rcvd: Nov 02, 2016
                             Form ID: pdf900         Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 04, 2016.
db           #+Alfonso L. Spells,    2408 S. Braddock Avenue,   Pittsburgh, PA 15218-2245
jdb           +Tinika M. Robinson-Spells,   2408 S. Braddock Avenue,   Pittsburgh, PA 15218-2245

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                      TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 04, 2016                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 2, 2016 at the address(es) listed below:
          Andrew F Gornall    on behalf of Creditor   PNC Bank, National Association
          agornall@goldbecklaw.com,   bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
          Brett A. Solomon    on behalf of Creditor   Ally Financial bsolomon@tuckerlaw.com,
          dparanay@tuckerlaw.com;apetronchak@tuckerlaw.com;agilbert@tuckerlaw.com
          Kenneth M. Steinberg    on behalf of Plaintiff Tinika M. Robinson-Spells
          julie.steidl@steidl-steinberg.com,
          kenny.steinberg@steidl-steinberg.com;cgoga@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com
          Kenneth M. Steinberg    on behalf of Joint Debtor Tinika M. Robinson-Spells
          julie.steidl@steidl-steinberg.com,
          kenny.steinberg@steidl-steinberg.com;cgoga@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com
          Kenneth M. Steinberg    on behalf of Debtor Alfonso L. Spells julie.steidl@steidl-steinberg.com,
          kenny.steinberg@steidl-steinberg.com;cgoga@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com
          Kenneth M. Steinberg    on behalf of Plaintiff Alfonso L. Spells julie.steidl@steidl-steinberg.com,
          kenny.steinberg@steidl-steinberg.com;cgoga@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Peter J. Ashcroft    on behalf of Creditor   Duquesne Light Company pashcroft@bernsteinlaw.com,
          ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtd
          rive.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          S. James Wallace    on behalf of Creditor   Peoples Natural Gas Company, LLC sjw@sjwpgh.com,
          srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
          S. James Wallace    on behalf of Creditor   Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
          Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                     TOTAL: 11