IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RE: | ) |
| | ) |
| Alfonso L. Spells | )  Bankruptcy No. 15-21453 CMB |
| Tinika M. Robsinon-Spells | )  Chapter 13 |
|     Debtors | ) |
| | ) |
| Alfonso L. Spells | ) |
|     Movant | )  Document No.  100 |
| SSN: XXX-XX-6895 | ) |
| | ) |
|     vs. | ) |
| | ) |
| Ecology Service Inc. | ) |
|     Respondent | ) |

## AMENDED ORDER TO PAY TRUSTEE

    The above-named debtor having filed a Chapter 13 petition
    IT IS THEREFORE, ORDERED that until further order of this Court, the entity from whom the debtor receives income:

        Ecology Service Inc.
        Attn: Payroll Department
        9135 Gulford Road, Suite 200
        Columbia, MD  21046

deduct from said income the sum of **$363.00 from each bi- weekly paycheck** beginning on the next pay day following receipt of this order and deduct a similar amount each pay period thereafter, including any period for which the debtor receives a periodic or lump sum payment as a result of vacation, termination or other benefits arising out of present or past employment, or from any other benefits payable to the debtor and to remit the deductible sums ON AT LEAST A MONTHLY BASIS to:

        Ronda J. Winnecour
        Chapter 13 Trustee, W.D.PA
        P. O. Box 84051
        Chicago, IL 60689-4002

   IT IS FURTHER ORDERED that the above-named entity shall notify the Trustee if the debtor's income is terminated and the reason therefore.

   IT IS FURTHER ORDERED that all remaining income of the debtor, except the amounts required to be withheld for taxes, social security, insurance, pension, or union dues be paid to the debtor in accordance with usual payment procedures.

   IT IS FURTHER ORDERED THAT NO OTHER DEDUCTIONS FOR GARNISHMENT, WAGE ASSIGNMENT, CREDIT UNION OR OTHER PURPOSE NOT SPECIFICALLY AUTHORIZED BY THIS COURT BE MADE FROM THE INCOME OF SAID DEBTOR WITH THE EXCEPTION OF ANY SUPPORT PAYMENTS.

   IT IS FURTHER ORDERED that this order supersedes previous orders made to the subject entity in this case.

   IT IS FURTHER ORDERED that the above-named entity shall not charge any fee to the debtor for the administration of this attachment order, except as may be allowed upon application to the Court.

   DATED this ____10th____ day of ____March____, 2017.

_Carlota M. Böhm_  dmr
Carlota M. Bohm
U.S. BANKRUPTCY JUDGE

IT IS FURTHER ORDERED that the debtor(s) shall remain responsible for timely making all monthly plan payments to the Chapter 13 Trustee, either in whole or in part, until such time as the automatic paycheck withdrawals by the employer or other automatic attachments such as automatic bank transfers or welfare checks begin.  The first Plan payment is due within thirty (30) days after the Chapter 13 Plan has been filed.  Any failure to timely remit full Plan payments to the Trustee may result in the dismissal of the case after notice and hearing.  Employers and others who fail to withhold funds and pay them over to the Trustee as ordered herein may be subject to sanctions including damages to debtor and this estate.

FILED
3/10/17 9:10 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                   Case No. 15-21453-CMB
Alfonso L. Spells                                                        Chapter 13
Tinika M. Robinson-Spells
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2    User: dric              Page 1 of 1              Date Rcvd: Mar 10, 2017
                        Form ID: pdf900         Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 12, 2017.
db          #+Alfonso L. Spells,    2408 S. Braddock Avenue,    Pittsburgh, PA 15218-2245
jdb          +Tinika M. Robinson-Spells,    2408 S. Braddock Avenue,    Pittsburgh, PA 15218-2245

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 12, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 10, 2017 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    PNC Bank, National Association
               agornall@goldbecklaw.com,    bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Brett A. Solomon    on behalf of Creditor    Ally Financial bsolomon@tuckerlaw.com,
               dparanay@tuckerlaw.com;apetronchak@tuckerlaw.com;agilbert@tuckerlaw.com
              James Warmbrodt    on behalf of Creditor    PNC Bank, National Association bkgroup@kmllawgroup.com
              Kenneth M. Steinberg    on behalf of Plaintiff Tinika M. Robinson-Spells
               julie.steidl@steidl-steinberg.com,
               kenny.steinberg@steidl-steinberg.com;cgoga@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com
               ;clivingston@steidl-steinberg.com
              Kenneth M. Steinberg    on behalf of Joint Debtor Tinika M. Robinson-Spells
               julie.steidl@steidl-steinberg.com,
               kenny.steinberg@steidl-steinberg.com;cgoga@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com
               ;clivingston@steidl-steinberg.com
              Kenneth M. Steinberg    on behalf of Debtor Alfonso L. Spells julie.steidl@steidl-steinberg.com,
               kenny.steinberg@steidl-steinberg.com;cgoga@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com
               ;clivingston@steidl-steinberg.com
              Kenneth M. Steinberg    on behalf of Plaintiff Alfonso L. Spells julie.steidl@steidl-steinberg.com,
               kenny.steinberg@steidl-steinberg.com;cgoga@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com
               ;clivingston@steidl-steinberg.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtd
               rive.com
              Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company, LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                             TOTAL: 12