IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RE: | ) | |
| | ) | |
| Alfonso L. Spells | ) | Bankruptcy No. 15-21453 CMB |
| Tinika M. Robsinon-Spells | ) | Chapter 13 |
|     Debtors | ) | |
| | ) | |
| Alfonso L. Spells | ) | |
|     Movant | ) | Document No. |
| SSN: XXX-XX-6895 | ) | |
| | ) | |
|     vs. | ) | |
| | ) | |
| Ecology Service Inc. | ) | |
|     Respondent | ) | |

**CERTIFICATE OF SERVICE OF WAGE ATTACHMENT ORDER AND NOTIFICATION OF DEBTOR'S SOCIAL SECURITY NUMBER**

    I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on (date) <u>March 13, 2017.</u>

    The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: <u>First Class Mail</u>.

    If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed under the heading "Service by First-Class Mail."

EXECUTED ON:

Ronda J. Winnecour, Trustee
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Ecology Service Inc.
Attn: Payroll Department
9135 Gulford Road, Suite 200
Columbia, MD  21046

Alfonso L. Spells
2408 S. Braddock Avenue
Pittsburgh, PA 15218

                                            By:    <u>/s/ Kenneth M. Steinberg</u>
                                                    Kenneth M. Steinberg, Esquire
                                                    Attorney for the Debtor

                                                    STEIDL & STEINBERG
                                                    Suite 2830, Gulf Tower
                                                    707 Grant Street

Pittsburgh, PA 15219
(412) 391-8000
[Kenny.steinberg@steidl-steinberg.com](mailto:Kenny.steinberg@steidl-steinberg.com)
PA I.D. No. 31244