**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

02/27/2020

IN RE:

ALFONSO L. SPELLS
TINIKA M. ROBINSON-SPELLS
C/O KENNETH M STEINBERG ESQ
STEIDL & STEINBERG
707 GRANT ST STE 2830
PITTSBURGH,  PA  15219
XXX-XX-6895          Debtor(s)

XXX-XX-8107

Case No.15-21453 CMB

Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known . In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims.  Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

2/27/2020

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Claim Info | Credit Info |
|---|---|---|
| **DUQUESNE LIGHT COMPANY*** <br> ATTN: TARA R PFEITER, LITIGATION COUNSEL <br> 411 7TH AVE <br> MAIL DROP 16-1 <br> PITTSBURGH, PA 15219 | Trustee Claim Number: 1    INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 0000 |
| **PRA RECEIVABLES MANAGEMENT LLC - AGNT** <br> PO BOX 12914 <br> NORFOLK, VA 23541 | Trustee Claim Number: 2    INT %: 0.00% <br> Court Claim Number: 5 <br> CLAIM: 0.00 <br> COMMENT: C5 GOVS@LTCD*475.78x60+2=LMT*W2*FR ALLY FINANCIAL-DOC 108*DKT | CRED DESC: VEHICLE <br> ACCOUNT NO.: 1855 |
| **ALLEGHENY COUNTY DEPARTMENT OF ECONC** <br> ONE CHATHAM CENTER - SUITE 900 <br> 112 WASHINGTON PLACE <br> PITTSBURGH, PA 15219 | Trustee Claim Number: 3    INT %: 0.00% <br> Court Claim Number: NC <br> CLAIM: 0.00 <br> COMMENT: DONT PAY/CNF*$0/PL*2ND~CONFIRM PAYEE~NT ADR/SCH*DK!! | CRED DESC: MORTGAGE REGULAR PAYMEI <br> ACCOUNT NO.: |
| **CNAC** <br> ATTN BANKRUPTCY DEPARTMENT <br> 12802 HAMILTON CROSSING BLVD <br> CARMEL, IN 46032 | Trustee Claim Number: 4    INT %: 8.00% <br> Court Claim Number: 8 <br> CLAIM: 3,465.69 <br> COMMENT: $CL-PL@8%@MDF/PL*TOTALLED | CRED DESC: VEHICLE <br> ACCOUNT NO.: 1350 |
| **PNC BANK NA** <br> 3232 NEWMARK DR <br> MIAMISBURG, OH 45342 | Trustee Claim Number: 5    INT %: 0.00% <br> Court Claim Number: 26 <br> CLAIM: 0.00 <br> COMMENT: PMT/DECL*564.82/CL-PL*DK4PMT-LMT*1ST/SCH*BGN 5/15 | CRED DESC: MORTGAGE REGULAR PAYMEI <br> ACCOUNT NO.: 0696 |
| **SPRINGCASTLE CREDIT FUNDING TRUST F/K/A** <br> C/O SPRINGLEAF FINANCIAL SVCS(*) <br> PO BOX 3251 <br> EVANSVILLE, IN 47731-3251 | Trustee Claim Number: 6    INT %: 0.00% <br> Court Claim Number: 1 <br> CLAIM: 25,197.29 <br> COMMENT: UNSEC/DOE*3RD | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 1830 |
| **SWISSVALE BOROUGH (REFUSE)** <br> C/O DIRECTOR - PUBLIC WORKS <br> 7560 ROSLYN ST <br> SWISSVALE, PA 15218 | Trustee Claim Number: 7    INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 165.00 <br> COMMENT: 15/PL*$PL*DK | CRED DESC: PRIORITY CREDITOR <br> ACCOUNT NO.: 2581 |
| **INTERNAL REVENUE SERVICE*** <br> CENTRALIZED INSOLVENCY-TRUSTEE REMITS <br> PO BOX 7317 <br> PHILADELPHIA, PA 19101-7317 | Trustee Claim Number: 8    INT %: 0.00% <br> Court Claim Number: 9-2 <br> CLAIM: 3,793.44 <br> COMMENT: $CL-PL*AMD | CRED DESC: PRIORITY CREDITOR <br> ACCOUNT NO.: 6895 |
| **PA DEPARTMENT OF REVENUE*** <br> BUR OF COMPL SECT-DEPT 280946 <br> STRAWBERRY SQ <br> HARRISBURG, PA 17128 | Trustee Claim Number: 9    INT %: 0.00% <br> Court Claim Number: 32 <br> CLAIM: 12.01 <br> COMMENT: $CL-PL*PIF/CR@CID 53~NTC-RSV*GU TIMELY | CRED DESC: PRIORITY CREDITOR <br> ACCOUNT NO.: 6895 |
| **WILKINSBURG-PENN JT WATER AUTH** <br> 2200 ROBINSON BLVD <br> PITTSBURGH, PA 15221 | Trustee Claim Number: 10    INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 191.74 <br> COMMENT: 15/PL*$PL*WTR/SCH | CRED DESC: PRIORITY CREDITOR <br> ACCOUNT NO.: 5422 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **QUANTUM3 GROUP LLC AGNT - COMENITY BANK**<br>PO BOX 788<br><br>KIRKLAND, WA 98083-0788 | Trustee Claim Number: 11  INT %: 0.00%<br>Court Claim Number: 11<br>CLAIM: 1,712.79<br>COMMENT: ASHLEY STEWART | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4447 |
| **BEST BUY++**<br>POB 17298<br><br>BALTIMORE, MD 21297 | Trustee Claim Number: 12  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6507 |
| **PA DEPARTMENT OF LABOR & INDUSTRY (OFFI**<br>UI PAYMENT SERVICES (INDV UC OP)<br>PO BOX 67503<br>HARRISBURG, PA 17106-9894 | Trustee Claim Number: 13  INT %: 0.00%<br>Court Claim Number: 16<br>CLAIM: 668.50<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6895 |
| **CAVALRY SPV I LLC - ASSIGNEE(*)**<br>C/O CAVALRY PORTFOLIO SERVICES LLC*<br>PO BOX 27288<br>TEMPE, AZ 85282 | Trustee Claim Number: 14  INT %: 0.00%<br>Court Claim Number: 23<br>CLAIM: 3,673.68<br>COMMENT: 5474/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9167 |
| **CAVALRY SPV I LLC - ASSIGNEE(*)**<br>C/O CAVALRY PORTFOLIO SERVICES LLC*<br>PO BOX 27288<br>TEMPE, AZ 85282 | Trustee Claim Number: 15  INT %: 0.00%<br>Court Claim Number: 24<br>CLAIM: 1,492.34<br>COMMENT: 8828/SCH*CAP ONE | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4401 |
| **CHASE RECEIVABLES++**<br>1247 BROADWAY<br><br>SONOMA, CA 95476 | Trustee Claim Number: 16  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6831 |
| **PRA/PORTFOLIO RECOVERY ASSOC**<br>POB 12914<br><br>NORFOLK, VA 23541 | Trustee Claim Number: 17  INT %: 0.00%<br>Court Claim Number: 27<br>CLAIM: 808.16<br>COMMENT: CHILDRENS PLC/CITIBANK | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7956 |
| **CITIZENS BANK NA(*)**<br>1 CITIZENS DR<br>MS ROP15B<br>RIVERSIDE, RI 02915 | Trustee Claim Number: 18  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1875 |
| **CONTINENTAL FINANCE**<br>POB 8099<br><br>NEWARK, DE 19714 | Trustee Claim Number: 19  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0625 |
| **DISCOVER BANK(*)**<br>C/O DISCOVER PRODUCTS INC<br>PO BOX 3025<br>NEW ALBANY, OH 43054-3025 | Trustee Claim Number: 20  INT %: 0.00%<br>Court Claim Number: 3<br>CLAIM: 1,490.87<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5174 |

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **FAST LOANS++** <br> 4800 LIBERTY AVE <br><br> PITTSBURGH, PA 15224 | Trustee Claim Number: 21  INT %: 0.00% <br> Court Claim Number: <br><br> CLAIM: 0.00 <br> COMMENT: NT ADR/SCH | | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 6895 |
| **FINGERHUT** <br> 6250 RIDGEWOOD ROAD <br><br> SAINT CLOUD, MN 56303 | Trustee Claim Number: 22  INT %: 0.00% <br> Court Claim Number: <br><br> CLAIM: 0.00 <br> COMMENT: NT ADR/SCH | | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 1416 |
| **GORDONS JEWELERS++** <br> POB 8181 <br><br> GRAY, TN 37615-8181 | Trustee Claim Number: 23  INT %: 0.00% <br> Court Claim Number: <br><br> CLAIM: 0.00 <br> COMMENT: NT ADR/SCH | | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 1533 |
| **JARED** <br> 375 GHENT RD <br><br> AKRON, OH 44333 | Trustee Claim Number: 24  INT %: 0.00% <br> Court Claim Number: <br><br> CLAIM: 0.00 <br> COMMENT: | | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 5381 |
| **PRA/PORTFOLIO RECOVERY ASSOC** <br> POB 12914 <br><br> NORFOLK, VA 23541 | Trustee Claim Number: 25  INT %: 0.00% <br> Court Claim Number: <br><br> CLAIM: 0.00 <br> COMMENT: | | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 1676 |
| **PRA/PORTFOLIO RECOVERY ASSOC** <br> POB 12914 <br><br> NORFOLK, VA 23541 | Trustee Claim Number: 26  INT %: 0.00% <br> Court Claim Number: 29 <br><br> CLAIM: 2,620.19 <br> COMMENT: JCP/SYNCHRONY | | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 0001 |
| **STERLING JEWELERS INC D/B/A KAY JEWELER** <br> C/O BUCKLEY KING LPA <br> 600 SUPERIOR AVE EAST STE 1400 <br> CLEVELAND, OH 44114 | Trustee Claim Number: 27  INT %: 0.00% <br> Court Claim Number: 22 <br><br> CLAIM: 1,965.76 <br> COMMENT: $CL-PL@0%@MDF/PL*UNS/SCH | | CRED DESC: SECURED CREDITOR <br> ACCOUNT NO.: 5383 |
| **CAPITAL ONE NA\*\*** <br> C/O BECKET & LEE LLP <br> PO BOX 3001 <br><br> MALVERN, PA 19355-0701 | Trustee Claim Number: 28  INT %: 0.00% <br> Court Claim Number: 14 <br><br> CLAIM: 1,279.86 <br> COMMENT: 7002/SCH*KOHLS | | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 1370 |
| **QUANTUM3 GROUP LLC AGNT - COMENITY BAN** <br> PO BOX 788 <br><br> KIRKLAND, WA 98083-0788 | Trustee Claim Number: 29  INT %: 0.00% <br> Court Claim Number: 13 <br><br> CLAIM: 2,569.59 <br> COMMENT: LANE BRYANT | | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 5830 |
| **LOCKHART MORRIS & MONTGOMERY INC** <br> 1401 N CENTRAL EXPY SUITE 201 <br><br> RICHARDSON, TX 75080 | Trustee Claim Number: 30  INT %: 0.00% <br> Court Claim Number: <br><br> CLAIM: 0.00 <br> COMMENT: | | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 6208 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **PRA/PORTFOLIO RECOVERY ASSOC**<br>POB 12914<br>NORFOLK, VA 23541 | Trustee Claim Number: 31  INT %: 0.00%<br>Court Claim Number: 30<br>CLAIM: 2,266.39<br>COMMENT: LOWES/SYNCHRONY | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3442 |
| **DEPARTMENT STORES NATIONAL BANK/MACYS**<br>C/O TRANSWORLD SYSTEMS INC<br>PO BOX 4275<br>NORCROSS, GA 30091 | Trustee Claim Number: 32  INT %: 0.00%<br>Court Claim Number: 7<br>CLAIM: 2,237.43<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4084 |
| **MERRICK BANK**<br>C/O RESURGENT CAPITAL SVCS**<br>POB 10368<br>GREENVILLE, SC 29603-0368 | Trustee Claim Number: 33  INT %: 0.00%<br>Court Claim Number: 15<br>CLAIM: 1,012.07<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3074 |
| **AMERICAN INFOSOURCE LP AGENT - MIDLAND**<br>PO BOX 268941<br>OKLAHOMA CITY, OK 73126-8941 | Trustee Claim Number: 34  INT %: 0.00%<br>Court Claim Number: 6<br>CLAIM: 416.08<br>COMMENT: WEBBANK | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7752 |
| **NAVIENT SOLUTIONS LLC O/B/O THE DEPT OF**<br>C/O US DEPT OF EDUCATION SVCNG<br>PO BOX 4450<br>PORTLAND, OR 97208-4450 | Trustee Claim Number: 35  INT %: 0.00%<br>Court Claim Number: 33-2<br>CLAIM: 9,748.01<br>COMMENT: 4947/SCH*AMD | CRED DESC: UNSECURED/LATE FILED<br>ACCOUNT NO.: 6895 |
| **PRA/PORTFOLIO RECOVERY ASSOC**<br>POB 12914<br>NORFOLK, VA 23541 | Trustee Claim Number: 36  INT %: 0.00%<br>Court Claim Number: 31<br>CLAIM: 4,323.52<br>COMMENT: 1330/SCH*ONE MAIN FNNCL | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3826 |
| **PEOPLES NATURAL GAS CO LLC***<br>ATTN BANKRUPTCY DEPARTMENT<br>375 NORTH SHORE DR<br>PITTSBURGH, PA 15212 | Trustee Claim Number: 37  INT %: 0.00%<br>Court Claim Number: 20<br>CLAIM: 2,260.40<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2268 |
| **PNC BANK NA**<br>POB 94982<br>CLEVELAND, OH 44101 | Trustee Claim Number: 38  INT %: 0.00%<br>Court Claim Number: 2<br>CLAIM: 985.59<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5362 |
| **PRA/PORTFOLIO RECOVERY ASSOC**<br>POB 12914<br>NORFOLK, VA 23541 | Trustee Claim Number: 39  INT %: 0.00%<br>Court Claim Number: 25<br>CLAIM: 2,155.87<br>COMMENT: SAMS CLUB/SYNCHRONY | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5068 |
| **AMERICAN INFOSOURCE LP AGENT FOR T MOB**<br>PO BOX 248848<br>OKLAHOMA CITY, OK 73124-8848 | Trustee Claim Number: 40  INT %: 0.00%<br>Court Claim Number: 4<br>CLAIM: 677.18<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4800 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **QUANTUM3 GROUP LLC AGNT - COMENITY BANK**<br>PO BOX 788<br>KIRKLAND, WA  98083-0788 | Trustee Claim Number: 41  INT %: 0.00%<br>Court Claim Number: 18<br>CLAIM: 1,136.73<br>COMMENT: TORRID | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8870 |
| **UNITED REVENUE COLLECTION++**<br>PO BOX 1892<br>BENSALEM, PA  19020 | Trustee Claim Number: 42  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2135 |
| **QUANTUM3 GROUP LLC AGNT - COMENITY BANK**<br>PO BOX 788<br>KIRKLAND, WA  98083-0788 | Trustee Claim Number: 43  INT %: 0.00%<br>Court Claim Number: 17<br>CLAIM: 573.20<br>COMMENT: VENUS | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1665 |
| **CHASE RECEIVABLES++**<br>1247 BROADWAY<br>SONOMA, CA  95476 | Trustee Claim Number: 44  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: VERIZON/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6831 |
| **QUANTUM3 GROUP LLC AGNT - COMENITY BANK**<br>PO BOX 788<br>KIRKLAND, WA  98083-0788 | Trustee Claim Number: 45  INT %: 0.00%<br>Court Claim Number: 12<br>CLAIM: 1,191.40<br>COMMENT: VICTORIAS SECRET | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3374 |
| **STERLING JEWELERS INC DBA JARED THE GAL**<br>C/O BUCKLEY KING LPA<br>600 SUPERIOR AVE EAST STE 1400<br>CLEVELAND, OH  44114 | Trustee Claim Number: 46  INT %: 0.00%<br>Court Claim Number: 19<br>CLAIM: 251.87<br>COMMENT: $CL-PL@0%@MDF/PL*UNS/SCH | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 3183 |
| **SPRINGCASTLE CREDIT FUNDING TRUST F/K/A**<br>C/O SPRINGLEAF FINANCIAL SVCS(*)<br>PO BOX 3251<br>EVANSVILLE, IN  47731-3251 | Trustee Claim Number: 47  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: UNSEC/DOE@CID 6*3RD | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1830 |
| **INTERNAL REVENUE SERVICE***<br>CENTRALIZED INSOLVENCY-TRUSTEE REMITS<br>PO BOX 7317<br>PHILADELPHIA, PA  19101-7317 | Trustee Claim Number: 48  INT %: 0.00%<br>Court Claim Number: 9-2<br>CLAIM: 3,573.98<br>COMMENT: NO GEN UNS/SCH*AMD | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6895 |
| **PNC BANK NA**<br>3232 NEWMARK DR<br>MIAMISBURG, OH  45342 | Trustee Claim Number: 49  INT %: 0.00%<br>Court Claim Number: 26<br>CLAIM: 660.69<br>COMMENT: $CL-PL*1ST/SCH*THRU 4/15 | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 0696 |
| **ALLSTATE SECURITY SYSTEMS**<br>C/O LOCKHART MORRIS & MONTGOMERY INC<br>1401 N CENTRAL EXPY STE 201<br>RICHARDSON, TX  75080 | Trustee Claim Number: 50  INT %: 0.00%<br>Court Claim Number: 10<br>CLAIM: 1,868.49<br>COMMENT: NT/SCH*NO POD | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6208 |

| Creditor | Trustee Claim / Court Claim | Cred Desc / Account | Claim / Comment |
|---|---|---|---|
| **CAVALRY SPV I LLC - ASSIGNEE**<br>C/O BASS & ASSOCIATES PC<br>3936 E FT LOWELL RD STE #200<br>TUSCON, AZ  85715 | Trustee Claim Number: 51  INT %: 0.00%<br>Court Claim Number: 21 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5084 | CLAIM: 642.03<br>COMMENT: NT/SCH*CAP ONE |
| **AMERICAN INFOSOURCE LP - AGENT DIRECTV**<br>PO BOX 5008<br>CAROL STREAM, IL  60197-5008 | Trustee Claim Number: 52  INT %: 0.00%<br>Court Claim Number: 28 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0817 | CLAIM: 708.91<br>COMMENT: NT/SCH |
| **PA DEPARTMENT OF REVENUE***<br>BUR OF COMPL SECT-DEPT 280946<br>STRAWBERRY SQ<br>HARRISBURG, PA  17128 | Trustee Claim Number: 53  INT %: 3.00%<br>Court Claim Number: 32 | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 8107 | CLAIM: 821.88<br>COMMENT: $CL-PL*0%/PL*STAT ISSUE*NO SEC/SCH*PIF/CR*NTC-RSV |
| **PA DEPARTMENT OF REVENUE***<br>BUR OF COMPL SECT-DEPT 280946<br>STRAWBERRY SQ<br>HARRISBURG, PA  17128 | Trustee Claim Number: 54  INT %: 0.00%<br>Court Claim Number: 32 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6895 | CLAIM: 0.60<br>COMMENT: NO GEN UNS/SCH*PIF @ 53~NTC-RSV*GU TIMELY |
| **PRA RECEIVABLES MANAGEMENT LLC - AGNT**<br>PO BOX 12914<br>NORFOLK, VA  23541 | Trustee Claim Number: 55  INT %: 0.00%<br>Court Claim Number: 5 | CRED DESC: VEHICLE<br>ACCOUNT NO.: 1855 | CLAIM: 517.93<br>COMMENT: C5 GOVS@LTCD*ARREARS*W2*FR ALLY FINANCIAL-DOC 108*DKT |