IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In Re:                                        )
                                              )   Case No. 15-21453 CMB
   Alfonso L. Spells                          )   Chapter 13
   Tinika M. Robinson-Spells                  )   Docket No.
      *Debtors*                             )
                                              )
   Alfonso L. Spells                          )
   Tinika M. Robinson-Spells                  )
      *Movants*                             )
                                              )
*No Respondent(s)*                            )

## DEBTORS' CERTIFICATION OF DISCHARGE ELIGIBILITY

1. The Debtors have made all payments required by the Chapter 13 Plan.

2. The Debtors are not required to pay any Domestic Support Obligations.

3. The Debtors are entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtors have not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtors ineligible for a discharge.

4. On August 17, 2015 at docket numbers 32 and 33 the Debtors complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

   This Certification is being signed under penalty of perjury by the Undersigned Counsel duly questioned Debtors about the statements in this Certification and verified the answers in support of this Certification.

May 7, 2020                                   Respectfully submitted,
Date

                                              /s/ Kenneth M. Steinberg
                                              Kenneth M. Steinberg
                                              Attorney for the Debtors

                                              STEIDL & STEINBERG
                                              Suite 2830 – Gulf Tower
                                              707 Grant Street
                                              Pittsburgh, PA  15219
                                              (412) 391-8000
                                              kenny.steinberg@steidl-steinberg.com
                                              PA I.D. No. 31244

**PAWB Local Form 24 (07/13)**