IN THE UNITED STATES BANKRUPTCY COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: ) | |
| Alfonso L. Spells ) | Case No. 15-21453 CMB |
| Tinika M. Robinson- Spells ) | |
|     Debtor ) | Chapter 13 |
| ) | Document No. 120 |
| Steidl and Steinberg, P.C. ) | |
|     Applicant ) | |
| ) | |
|     vs. ) | |
| ) | |
| Office of the U.S. Trustee, Ronda J. Winnecour, ) | |
| Trustee, Allstate Security Systems, Ally Financial, ) | |
| American Infosource, Best Buy, Borough of Swissvale, ) | |
| Dept. of Labor and Industry, Capital One, CNAC, ) | |
| Cavalry SPV I LLC, Chase Receivables, CitiBank, ) | |
| Citizens Bank, Continental Finance Co., Dept. Stores ) | |
| National Bank, Dept. of Economic Development, ) | |
| Discover Bank, Discover Financial Services, Duquesne ) | |
| Light Co., Equitable Gas Co., Fast Loans, Fingerhut, ) | |
| Gordon's Jewelers, IRS, JC Penney, JD Byrider, Jared, ) | |
| Kay Jewelers, Kohl's, Lane Bryant, Lowe's, Merrick ) | |
| Bank, Macy's, Midland Funding, Navient, One Main ) | |
| Financial, PA Dept. of Revenue, PNC Bank, PNC ) | |
| Mortgage, PRA Receivables Management, Peoples Gas, ) | |
| Portfolio Recovery Assoc., Quantum3 Group, Sam's ) | |
| Club, Springleaf, Sterling Jewelers, T-Mobile, ) | **ENTERED BY DEFAULT** |
| Wilkinsburg Penn Joint Water Authority, Torrid, United ) | |
| Revenue Collection, Venus, Verizon, Victoria's Secret, ) | |
| Vivint ) | |
|     Respondents ) | |

**ORDER OF COURT**

AND NOW, to-wit this __29th__ day of ____May____, 2020, after consideration of the Application for Final Compensation by Counsel for Debtors it is hereby ORDERED, ADJUDGED and DECREED that:

1. The Application for Final Compensation is approved in the additional amount of $7,205.00 for work performed in the Chapter 13 case by Debtors' counsel from January 8, 2015, to May 8, 2020.

2. The Debtor paid her counsel for administrative costs and expenses totaling $500.00 (which included the court filing fee of $310.00) prior to case filing. Expenses reimbursement of $0.00 is being requested here.

3. Before the approval of this Fee Application, the Debtors' counsel was paid an $600.00 retainer prior to filing and has been paid, or is approved (in prior plan(s)) to be paid, $3,400.00 by the Chapter 13 Trustee. With the approval of this Fee Application, the total amount of allowed fees in this case for Debtors' counsel is $11,205.00, with the total to be paid through the Plan by the Trustee being $5,400.00 (representing the $3,400.00 previously approved to be paid (as set forth above), and an additional $2,000.00 that was approved as part of the Amended Chapter 13 Plan dated July 26, 2016 (at Doc. 74) which was confirmed on September 28, 2016, (at Doc. 87),

4. The fees requested will not decrease the amount to be paid to other creditors being paid through the Chapter 13 Plan;

5. The clerk shall record the total compensation as $7,205.00. The remaining balance is waived.

Additional fees may be paid through the Chapter 13 plan provided that debtor(s) amend the plan within 14 days after the application for fees is allowed to increase the plan payment sufficiently to include those fees. The fees must be paid from debtor(s) resources without decreasing the percentage or amount to be paid to other creditors through the plan.

*Carlota M. Böhm*     dmr
Carlota M. Böhm
Chief United States Bankruptcy Court Judge

FILED
5/29/20 8:07 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                          Case No. 15-21453-CMB
Alfonso L. Spells                                                               Chapter 13
Tinika M. Robinson-Spells
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2         User: dric              Page 1 of 1          Date Rcvd: May 29, 2020
                             Form ID: pdf900         Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 31, 2020.
db            #+Alfonso L. Spells,    2408 S. Braddock Avenue,    Pittsburgh, PA 15218-2245
jdb            +Tinika M. Robinson-Spells,    2408 S. Braddock Avenue,    Pittsburgh, PA 15218-2245

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 31, 2020                                          Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 29, 2020 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    PNC Bank, National Association
               andygornall@latouflawfirm.com
              Brett A. Solomon    on behalf of Creditor    Ally Financial bsolomon@tuckerlaw.com,
               agilbert@tuckerlaw.com
              James Warmbrodt    on behalf of Creditor    PNC Bank, National Association bkgroup@kmllawgroup.com
              Kenneth M. Steinberg    on behalf of Plaintiff Tinika M. Robinson-Spells
               julie.steidl@steidl-steinberg.com,
               kenny.steinberg@steidl-steinberg.com;cgoga@steidl-steinberg.com;jbarlow@steidl-steinberg.com;lesl
               ie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@stei
               dl-steinberg.com
              Kenneth M. Steinberg    on behalf of Joint Debtor Tinika M. Robinson-Spells
               julie.steidl@steidl-steinberg.com,
               kenny.steinberg@steidl-steinberg.com;cgoga@steidl-steinberg.com;jbarlow@steidl-steinberg.com;lesl
               ie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@stei
               dl-steinberg.com
              Kenneth M. Steinberg    on behalf of Debtor Alfonso L. Spells julie.steidl@steidl-steinberg.com,
               kenny.steinberg@steidl-steinberg.com;cgoga@steidl-steinberg.com;jbarlow@steidl-steinberg.com;lesl
               ie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@stei
               dl-steinberg.com
              Kenneth M. Steinberg    on behalf of Plaintiff Alfonso L. Spells julie.steidl@steidl-steinberg.com,
               kenny.steinberg@steidl-steinberg.com;cgoga@steidl-steinberg.com;jbarlow@steidl-steinberg.com;lesl
               ie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@stei
               dl-steinberg.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company, LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                             TOTAL: 12