# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>  ALFONSO L. SPELLS<br>TINIKA M. ROBINSON-SPELLS<br>        Debtor(s)<br>  Ronda J. Winnecour, Trustee<br>      Movant<br>        vs.<br>  ALFONSO L. SPELLS<br>TINIKA M. ROBINSON-SPELLS<br><br>    Respondents | Case No. 15-21453CMB<br><br>Chapter 13<br><br>Document No. 125 |

### ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this  8th  day of  June , 20 20, it is hereby ORDERED, ADJUDGED, and DECREED that,

Ecology Service Inc
Attn: Payroll Manager
9135 Gulford Rd Ste 200
Columbia, MD 21046

is hereby ordered to immediately terminate the attachment of the wages of ALFONSO L. SPELLS, social security number XXX-XX-6895. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of ALFONSO L. SPELLS.

*Carlota M. Böhm*  dmk
Carlota M. Böhm
Chief United States Bankruptcy Court Judge

cc: Debtor(s)
    Debtor(s) Attorney
    Debtor(s) Employer

FILED
6/8/20 8:57 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 15-21453-CMB
Alfonso L. Spells                                                       Chapter 13
Tinika M. Robinson-Spells
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: dsaw             Page 1 of 1          Date Rcvd: Jun 08, 2020
                              Form ID: pdf900       Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 10, 2020.
db           #+Alfonso L. Spells,    2408 S. Braddock Avenue,    Pittsburgh, PA 15218-2245
jdb           +Tinika M. Robinson-Spells,    2408 S. Braddock Avenue,    Pittsburgh, PA 15218-2245
              +Ecology Service Inc.,   Atten: Payroll,    9135 Gulford Road, suite 200,
                Columbia, MD 21046-2578

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                   TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 10, 2020                                   Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 8, 2020 at the address(es) listed below:
    Andrew F Gornall    on behalf of Creditor    PNC Bank, National Association
     andygornall@latouflawfirm.com
    Brett A. Solomon    on behalf of Creditor    Ally Financial bsolomon@tuckerlaw.com,
     agilbert@tuckerlaw.com
    James Warmbrodt    on behalf of Creditor    PNC Bank, National Association bkgroup@kmllawgroup.com
    Kenneth M. Steinberg    on behalf of Plaintiff Tinika M. Robinson-Spells
     julie.steidl@steidl-steinberg.com,
     kenny.steinberg@steidl-steinberg.com;cgoga@steidl-steinberg.com;jbarlow@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com
    Kenneth M. Steinberg    on behalf of Joint Debtor Tinika M. Robinson-Spells
     julie.steidl@steidl-steinberg.com,
     kenny.steinberg@steidl-steinberg.com;cgoga@steidl-steinberg.com;jbarlow@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com
    Kenneth M. Steinberg    on behalf of Debtor Alfonso L. Spells julie.steidl@steidl-steinberg.com,
     kenny.steinberg@steidl-steinberg.com;cgoga@steidl-steinberg.com;jbarlow@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com
    Kenneth M. Steinberg    on behalf of Plaintiff Alfonso L. Spells julie.steidl@steidl-steinberg.com,
     kenny.steinberg@steidl-steinberg.com;cgoga@steidl-steinberg.com;jbarlow@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com
    Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
    Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
     ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
    Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
    S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
     Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
    S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company, LLC sjw@sjwpgh.com,
     srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                              TOTAL: 12