IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 15-21453 CMB |
| Alfonso L. Spells ) | Chapter 13 |
| Tinika M. Robinson-Spells ) | Docket No. |
|    Debtors ) | |
| ) | |
| Alfonso L. Spells ) | |
| Tinika M. Robinson-Spells ) | |
|    Movants ) | |
|       vs. ) | |
| ) | |
| No Respondents ) | |

## NOTICE OF CHANGE OF ADDRESS

Please note that the correct mailing address for the above-captioned debtors should be as follows:

Old Address:

2408 S. Braddock Avenue
Pittsburgh, PA  15218

New Address:

803 Blakley Court, Apt. 350
Frederick, MD  21702

                                              Respectfully submitted,

June 22, 2020                      /s/ Kenneth M. Steinberg
DATE                                Kenneth M. Steinberg, Esquire
                                            Attorney for the Debtors
                                            STEIDL & STEINBERG
                                            Suite 2830 – Gulf Tower
                                            707 Grant Street
                                            Pittsburgh, PA  15219
                                            (412) 391-8000
                                            kenny.steinberg@steidl-steinberg.com
                                            PA I.D. No. 31244