Form 408

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Alfonso L. Spells
Tinika M. Robinson−Spells**
  Debtor(s)

Bankruptcy Case No.: 15−21453−CMB
Related to Doc. No. 134
Chapter: 13
Docket No.: 135 − 134

**ORDER SETTING DATE CERTAIN
FOR RESPONSE AND HEARING ON MOTION**

  **AND NOW,** this The 30th of July, 2020, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

  **IT IS HEREBY ORDERED THAT:**

  1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 9/14/20.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

  2. Said Motion is scheduled for hearing on **10/7/20 at 11:30 AM in Telephone Conference** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

  3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

     **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Carlota M. Bohm.**

     In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

  4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

  5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **9/14/20.**

                                        Carlota M. Bohm
                                        United States Bankruptcy Judge

cm: **All Parties**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 15-21453-CMB
Alfonso L. Spells                                                         Chapter 13
Tinika M. Robinson-Spells
     Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2           User: dric              Page 1 of 3              Date Rcvd: Jul 30, 2020
                               Form ID: 408            Total Noticed: 73

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 01, 2020.
```
db/jdb        +Alfonso L. Spells,    Tinika M. Robinson-Spells,    803 Blakley Court, Apt. 350,
                Frederick, MD 21702-4675
cr            +Ally Financial,    Tucker Arensberg, P.C.,    c/o Brett A. Solomon, Esquire,    1500 One PPG Place,
                Pittsburgh, Pa 15222-5413
cr            +Equitable Gas Bankruptcy Department,    Attn: Judy Gawlowski,    225 North Shore Drive 2nd Floor,
                Pittsburgh, PA 15212-5860
cr            +Peoples Natural Gas Company, LLC,    Attn: Dawn Lindner,    375 North Shore Drive, Suite 600,
                Pittsburgh, PA 15212-5866
14095668       American InfoSource LP as agent for,    DIRECTV, LLC,    PO Box 51178,
                Los Angeles, CA 90051-5478
14035010      +Best Buy,    PO Box 6497,    Sioux Falls, SD 57117-6497
14035011      +Borough of Swissvale,    7447 Washington Street,    Pittsburgh, PA 15218-2581
14062860       CAPITAL ONE, N.A.,    C/O BECKET AND LEE LLP,    POB 3001,    MALVERN, PA 19355-0701
14035018     ++CONTINENTAL FINANCE COMPANY LLC,    PO BOX 8099,    NEWARK DE 19714-8099
              (address filed with court: Continental Finance,     PO Box 105125,    Atlanta, GA 30348)
14087299      +Cavalry SPV I, LLC,    Assignee of Capital One Bank USA, N.A.,    Bass & Associates, P.C.,
                3936 E Ft. Lowell Road Suite #200,    Tucson, AZ 85712-1083
14035015      +Chase Receivables Prof. Collection Agcy,    1247 Broadway,    Sonoma, CA 95476-7503
14044202      +Department Stores National Bank For Macys Branded,     Bankruptcy Processing,    Po Box 8053,
                Mason, OH 45040-8053
14035019       Department of Economic Development,    425 Sixth Avenue, Suite 800,    Pittsburgh, PA 15219
14035021      +Duquesne Light Company,    Payment Processing Center,    PO Box 67,    Pittsburgh, PA 15267-0067
14035022      +Fast Loans,    PO Box 50191,    Minneapolis, MN 55405-0191
14035027       JC Penney,    c/o Protfolio Recovery Associates,    PO Box 12914,    Virginia Beach, VA 23451
14035029      +JD Byrider,    4916 William Penn Highway,    Monroeville, PA 15146-3756
14035035      +Macy's,    PO Box 183083,    Columbus, OH 43218-3083
14035038       Navient,    PO Box 9533,    Minneapolis, MN 55405
14035040      +PA Department of Revenue,    PO Box 281041,    Harrisburg, PA 17128-1041
14040992      +PNC BANK, N.A.,    PO BOX 94982,    CLEVELAND, OHIO 44101-4982
14035042       PNC Bank,    PO Box 856177,    Louisville, KY 40285-6177
14094236      +PNC Bank, N.A.,    Attn: Bankruptcy Department,    3232 Newmark Drive,
                Miamisburg, OH 45342-5421
14035043      +PNC Mortgage,    PO Box 8807,    Dayton, OH 45401-8807
14035041       Peoples Natural Gas,    P.O. Box 535323,    Pittsburgh, PA 15253-5323
14035045      +Springleaf,    PO Box 64,    Canton, OH 44707-0064
14035047      +The Wilkinsburg Penn Joint Water Autho.,    2200 Robinson Blvd.,    Pittsburgh, PA 15221-1193
14035049      +United Revenue Collection,    PO Box 1184,    Langhorne, PA 19047-6184
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr            +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 31 2020 05:09:25
                PRA Receivables Management LLC,    POB 41067,    Norfolk, VA 23541-1067
14056547      +E-mail/Text: rmartin@lmmcollections.com Jul 31 2020 05:04:52      Allstate Security Systems,
                c/o Lockhart, Morris & Montgomery, Inc.,    1401 N. Central Expy., Suite 201,
                Richardson, TX 75080-4681
14043340       E-mail/Text: ally@ebn.phinsolutions.com Jul 31 2020 05:02:42      Ally Financial,
                PO Box 130424,    Roseville, MN 55113-0004
14035008      +E-mail/Text: ally@ebn.phinsolutions.com Jul 31 2020 05:02:42      Ally Financial,
                PO Box 380901,    Minneapolis, MN 55438-0901
14042445       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 31 2020 05:25:58
                American InfoSource LP as agent for,    T Mobile/T-Mobile USA Inc,    PO Box 248848,
                Oklahoma City, OK 73124-8848
14043423       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 31 2020 05:25:07
                American InfoSource LP as agent for,    Midland Funding LLC,    PO Box 268941,
                Oklahoma City, OK 73126-8941
14035009       E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 31 2020 05:03:28      Ashley Stewart,
                PO Box 182125,    Columbus, OH 43218-2125
14035016       E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 31 2020 05:03:28      Children's Place,
                PO Box 183015,    Columbus, OH 43218-3015
14035017       E-mail/Text: Bankruptcy.RI@Citizensbank.com Jul 31 2020 05:02:46      Citizens Bank,
                PO Box 42023,    Providence, RI 02904
14046236      +E-mail/Text: bankruptcy@jdbyrider.com Jul 31 2020 05:05:25      CNAC,
                12802 Hamilton Crossing Blvd,    Carmel, IN 46032-5424
14035013      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 31 2020 05:09:11      Capital One,
                PO Box 71083,    Charlotte, NC 28272-1083
14091558      +E-mail/Text: bankruptcy@cavps.com Jul 31 2020 05:04:48      Cavalry SPV I, LLC,
                500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
14067375      +E-mail/Text: ra-li-occ-esbkpt-hbg@pa.gov Jul 31 2020 05:02:48
                Commonwealth of PA - Dept. of Labor & Industry, UC,    Labor & Industry Bldg., 10th Floor,
                651 Boas Street,    Harrisburg, PA 17121-0725
14035012       E-mail/Text: ra-li-occ-esbkpt-hbg@pa.gov Jul 31 2020 05:02:48
                Bureau of UC Benefits and Allowances,    P.O. Box 67503,    Harrisburg, PA 17106-7503
14035020       E-mail/Text: mrdiscen@discover.com Jul 31 2020 05:02:49      Discover Financial Services,
                PO Box 30943,    Salt Lake City, UT 84130-0943
```

```
District/off: 0315-2          User: dric                   Page 2 of 3                   Date Rcvd: Jul 30, 2020
                              Form ID: 408                 Total Noticed: 73

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
14042224        E-mail/Text: mrdiscen@discover.com Jul 31 2020 05:02:49      Discover Bank,
                 Discover Products Inc,    PO Box 3025,   New Albany, OH  43054-3025
14035023        E-mail/Text: bnc-bluestem@quantum3group.com Jul 31 2020 05:05:05      Fingerhut,   PO Box 166,
                 Newark, NJ  07101-0166
14035024        E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 31 2020 05:03:28      Gordon's Jewelers,
                 PO Box 183015,    Columbus, OH  43218-3015
14035025       +E-mail/Text: sbse.cio.bnc.mail@irs.gov Jul 31 2020 05:03:08      Internal Revenue Service,
                 PO Box 7346,   Philadelphia, PA  19101-7346
14035028        E-mail/PDF: gecsedi@recoverycorp.com Jul 31 2020 05:10:48      JC Penney,   PO Box 960090,
                 Orlando, FL  32896-0090
14035026       +E-mail/Text: BKRMailOPS@weltman.com Jul 31 2020 05:03:17      Jared,   c/o Steling Incorporated,
                 Customer Service Dept.,    375 Ghent Road,   Akron, OH  44333-4601
14035030        E-mail/Text: BKRMailOPS@weltman.com Jul 31 2020 05:03:17      Kay Jewelers,   PO Box 740425,
                 Cincinnati, OH  45274-0425
14035031       +E-mail/Text: bncnotices@becket-lee.com Jul 31 2020 05:02:59      Kohl's,   PO Box 3120,
                 Milwaukee, WI  53201-3120
14035032        E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 31 2020 05:03:28      Lane Bryant,
                 PO Box 182125,    Columbus, OH  43218-2125
14035033       +E-mail/Text: rmartin@lmmcollections.com Jul 31 2020 05:04:52      Lockhart Morris & Montgo,
                 833 Arapaho Road,    Richardson, TX  75081-2293
14035034        E-mail/PDF: gecsedi@recoverycorp.com Jul 31 2020 05:08:56      Lowe's,   PO Box 530914,
                 Atlanta, GA  30353-0914
14063433        E-mail/PDF: MerrickBKNotifications@Resurgent.com Jul 31 2020 05:09:45        MERRICK BANK,
                 Resurgent Capital Services,    PO Box 10368,   Greenville, SC  29603-0368
14035036       +E-mail/PDF: MerrickBKNotifications@Resurgent.com Jul 31 2020 05:09:45        Merrick Bank,
                 PO Box 9201,   Old Bethpage, NY  11804-9001
14035037       +E-mail/Text: bankruptcydpt@mcmcg.com Jul 31 2020 05:04:17      Midland Funding LLC,
                 8875 Aero Drive, Suite 200,    San Diego, CA  92123-2255
14690989        E-mail/PDF: pa_dc_claims@navient.com Jul 31 2020 05:10:21
                 Navient Solutions, LLC. on behalf of,    Department of Education Loan Services,   PO BOX 9635,
                 Wilkes-Barre, PA  18773-9635
14035039       +E-mail/PDF: cbp@onemainfinancial.com Jul 31 2020 05:09:51      One Main Financial,
                 6801 Colwell Boulevard,    Irving, TX  75039-3198
14657875        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 31 2020 05:10:20
                 Portfolio Recovery Associates, LLC,    PO BOX 41067,   Norfolk, VA  23541
14093894        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 31 2020 05:10:19
                 Portfolio Recovery Associates, LLC,    POB 12914,   Norfolk VA  23541
14110037        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 31 2020 05:04:02
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, PA  17128-0946
14057321        E-mail/Text: bnc-quantum@quantum3group.com Jul 31 2020 05:03:47
                 Quantum3 Group LLC as agent for,    Comenity Bank,   PO Box 788,   Kirkland, WA  98083-0788
14039355        E-mail/PDF: cbp@onemainfinancial.com Jul 31 2020 05:10:40      Springleaf Financial Services,
                 PO Box 3251,   Evansville, IN  47731
14035044        E-mail/PDF: gecsedi@recoverycorp.com Jul 31 2020 05:10:50      Sam's Club,   PO Box 530942,
                 Atlanta, GA  30353-0942
14069271       +E-mail/Text: ecf@buckleyking.com Jul 31 2020 05:02:50      Sterling Jewelers, Inc.,
                 dba Jared The Galleria of Jewelry,    c/o Buckley King LPA,   600 Superior Avenue,   Suite 1400,
                 Cleveland, Ohio  44114-2693
14089437       +E-mail/Text: ecf@buckleyking.com Jul 31 2020 05:02:50
                 Sterling Jewelers, Inc. dba Kay Jewelers,    c/o Buckley King LPA,
                 600 Superior Avenue East, Suite 1400,    Cleveland, Ohio  44114-2693
14035046       +E-mail/Text: bankruptcynotices@dcicollect.com Jul 31 2020 05:05:02      T-Mobile,
                 c/o Diversified Consultants Inc,    10550 Deerwood Park Blvd #309,
                 Jacksonville, FL  32256-2805
14035048        E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 31 2020 05:03:28      Torrid,   PO Box 182125,
                 Columbus, OH  43218-2125
14035053        E-mail/Text: AR@vivint.com Jul 31 2020 05:02:34      Vivint Inc.,   62992 Collection Drive,
                 Chicago, IL  60693
14035050        E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 31 2020 05:03:28      Venus,   PO Box 182125,
                 Columbus, OH  43218-2125
14035051       +E-mail/Text: compliance@chaserec.com Jul 31 2020 05:05:26      Verizon,   c/o Chase Receivable,
                 1247 Broadway,    Sonoma, CA  95476-7503
14035052        E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 31 2020 05:03:29      Victoria's Secret,
                 PO Box 182125,    Columbus, OH  43218-2125
                                                                                               TOTAL: 45

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Duquesne Light Company
cr              PNC Bank, National Association
cr              PNC Bank, National Association
14035014*       Capital One,   PO Box 71083,   Charlotte, NC  28272-1083
                                                                                 TOTALS: 3, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 0315-2              User: dric                 Page 3 of 3                  Date Rcvd: Jul 30, 2020
                                  Form ID: 408               Total Noticed: 73
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 01, 2020                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 30, 2020 at the address(es) listed below:

```
              Andrew F Gornall     on behalf of Creditor    PNC Bank, National Association
               andygornall@latouflawfirm.com
              Brett A. Solomon     on behalf of Creditor    Ally Financial brett.solomon@solomon-legal.com
              James  Warmbrodt     on behalf of Creditor    PNC Bank, National Association bkgroup@kmllawgroup.com
              Kenneth M. Steinberg     on behalf of Joint Debtor Tinika M. Robinson-Spells
               julie.steidl@steidl-steinberg.com,
               kenny.steinberg@steidl-steinberg.com;cgoga@steidl-steinberg.com;jbarlow@steidl-steinberg.com;lesl
               ie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@stei
               dl-steinberg.com
              Kenneth M. Steinberg     on behalf of Debtor Alfonso L. Spells julie.steidl@steidl-steinberg.com,
               kenny.steinberg@steidl-steinberg.com;cgoga@steidl-steinberg.com;jbarlow@steidl-steinberg.com;lesl
               ie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@stei
               dl-steinberg.com
              Kenneth M. Steinberg     on behalf of Plaintiff Alfonso L. Spells julie.steidl@steidl-steinberg.com,
               kenny.steinberg@steidl-steinberg.com;cgoga@steidl-steinberg.com;jbarlow@steidl-steinberg.com;lesl
               ie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@stei
               dl-steinberg.com
              Kenneth M. Steinberg     on behalf of Plaintiff Tinika M. Robinson-Spells
               julie.steidl@steidl-steinberg.com,
               kenny.steinberg@steidl-steinberg.com;cgoga@steidl-steinberg.com;jbarlow@steidl-steinberg.com;lesl
               ie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@stei
               dl-steinberg.com
              Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft     on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com
              S. James Wallace     on behalf of Creditor    Peoples Natural Gas Company, LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
              S. James Wallace     on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                               TOTAL: 12
```