| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Alfonso L. Spells** <br> First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–6895 <br> EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | **Tinika M. Robinson–Spells** <br> First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–8107 <br> EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **WESTERN DISTRICT OF PENNSYLVANIA** | | |
| Case number:   **15–21453–CMB** | | |

# Order of Discharge                                                                    12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Alfonso L. Spells                                   Tinika M. Robinson–Spells

9/18/20                                             **By the court:**     Carlota M. Bohm
                                                                          United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                           United States Bankruptcy Court
                           Western District of Pennsylvania
In re:                                                            Case No. 15-21453-CMB
Alfonso L. Spells                                                 Chapter 13
Tinika M. Robinson-Spells
       Debtors                    CERTIFICATE OF NOTICE
District/off: 0315-2            User: culy                   Page 1 of 3                  Date Rcvd: Sep 18, 2020
                                Form ID: 3180W               Total Noticed: 74


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 20, 2020.
db/jdb        +Alfonso L. Spells,    Tinika M. Robinson-Spells,    803 Blakley Court, Apt. 350,
                Frederick, MD 21702-4675
cr            +Ally Financial,    Tucker Arensberg, P.C.,    c/o Brett A. Solomon, Esquire,    1500 One PPG Place,
                Pittsburgh, Pa 15222-5413
cr            +Equitable Gas Bankruptcy Department,    Attn: Judy Gawlowski,    225 North Shore Drive 2nd Floor,
                Pittsburgh, PA 15212-5860
cr            +Peoples Natural Gas Company, LLC,    Attn: Dawn Lindner,    375 North Shore Drive, Suite 600,
                Pittsburgh, PA 15212-5866
14095668       American InfoSource LP as agent for,    DIRECTV, LLC,    PO Box 51178,
                Los Angeles, CA 90051-5478
14035010      +Best Buy,    PO Box 6497,    Sioux Falls, SD 57117-6497
14035011      +Borough of Swissvale,    7447 Washington Street,    Pittsburgh, PA 15218-2581
14035018     ++CONTINENTAL FINANCE COMPANY LLC,    PO BOX 8099,    NEWARK DE 19714-8099
              (address filed with court: Continental Finance,     PO Box 105125,    Atlanta, GA 30348)
14087299      +Cavalry SPV I, LLC,    Assignee of Capital One Bank USA, N.A.,    Bass & Associates, P.C.,
                3936 E Ft. Lowell Road Suite #200,    Tucson, AZ 85712-1083
14035015      +Chase Receivables Prof. Collection Agcy,    1247 Broadway,    Sonoma, CA 95476-7503
14044202      +Department Stores National Bank For Macys Branded,    Bankruptcy Processing,    Po Box 8053,
                Mason, OH 45040-8053
14035019       Department of Economic Development,    425 Sixth Avenue, Suite 800,    Pittsburgh, PA 15219
14035021      +Duquesne Light Company,    Payment Processing Center,    PO Box 67,    Pittsburgh, PA 15267-0067
14035022      +Fast Loans,    PO Box 50191,    Minneapolis, MN 55405-0191
14035027       JC Penney,    c/o Protfolio Recovery Associates,    PO Box 12914,    Virginia Beach, VA 23451
14035029      +JD Byrider,    4916 William Penn Highway,    Monroeville, PA 15146-3756
14035038       Navient,    PO Box 9533,    Minneapolis, MN 55405
14035040      +PA Department of Revenue,    PO Box 281041,    Harrisburg, PA 17128-1041
14040992      +PNC BANK, N.A.,    PO BOX 94982,    CLEVELAND, OHIO 44101-4982
14035042       PNC Bank,    PO Box 856177,    Louisville, KY 40285-6177
14094236      +PNC Bank, N.A.,    Attn: Bankruptcy Department,    3232 Newmark Drive,
                Miamisburg, OH 45342-5421
14035043      +PNC Mortgage,    PO Box 8807,    Dayton, OH 45401-8807
14035041       Peoples Natural Gas,    P.O. Box 535323,    Pittsburgh, PA 15253-5323
14035045      +Springleaf,    PO Box 64,    Canton, OH 44707-0064
14035047      +The Wilkinsburg Penn Joint Water Autho.,    2200 Robinson Blvd.,    Pittsburgh, PA 15221-1193
14035049      +United Revenue Collection,    PO Box 1184,    Langhorne, PA 19047-6184

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 19 2020 04:44:43      Pennsylvania Dept. of Revenue,
                Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                Harrisburg, PA 17128-0946
cr            +EDI: PRA.COM Sep 19 2020 08:18:00      PRA Receivables Management LLC,    POB 41067,
                Norfolk, VA 23541-1067
14056547      +E-mail/Text: rmartin@lmmcollections.com Sep 19 2020 04:45:10      Allstate Security Systems,
                c/o Lockhart, Morris & Montgomery, Inc.,    1401 N. Central Expy., Suite 201,
                Richardson, TX 75080-4681
14043340       EDI: GMACFS.COM Sep 19 2020 08:18:00      Ally Financial,    PO Box 130424,
                Roseville, MN 55113-0004
14035008      +EDI: GMACFS.COM Sep 19 2020 08:18:00      Ally Financial,    PO Box 380901,
                Minneapolis, MN 55438-0901
14042445       EDI: AIS.COM Sep 19 2020 08:18:00      American InfoSource LP as agent for,
                T Mobile/T-Mobile USA Inc,    PO Box 248848,    Oklahoma City, OK 73124-8848
14043423       EDI: AIS.COM Sep 19 2020 08:18:00      American InfoSource LP as agent for,
                Midland Funding LLC,    PO Box 268941,    Oklahoma City, OK 73126-8941
14035009       EDI: WFNNB.COM Sep 19 2020 08:18:00      Ashley Stewart,    PO Box 182125,
                Columbus, OH 43218-2125
14062860       EDI: BL-BECKET.COM Sep 19 2020 08:18:00      CAPITAL ONE, N.A.,    C/O BECKET AND LEE LLP,
                POB 3001,    MALVERN, PA 19355-0701
14035016       EDI: WFNNB.COM Sep 19 2020 08:18:00      Children's Place,    PO Box 183015,
                Columbus, OH 43218-3015
14035017       E-mail/Text: Bankruptcy.RI@Citizensbank.com Sep 19 2020 04:44:05      Citizens Bank,
                PO Box 42023,    Providence, RI 02904
14046236       E-mail/Text: bankruptcy@jdbyrider.com Sep 19 2020 04:45:27      CNAC,
                12802 Hamilton Crossing Blvd,    Carmel, IN 46032-5424
14035013      +EDI: CAPITALONE.COM Sep 19 2020 08:18:00      Capital One,    PO Box 71083,
                Charlotte, NC 28272-1083
14091558      +E-mail/Text: bankruptcy@cavps.com Sep 19 2020 04:45:08      Cavalry SPV I, LLC,
                500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
14067375      +E-mail/Text: ra-li-occ-esbkpt-hbg@pa.gov Sep 19 2020 04:44:07
                Commonwealth of PA - Dept. of Labor & Industry, UC,    Labor & Industry Bldg., 10th Floor,
                651 Boas Street,    Harrisburg, PA 17121-0725
14035012       E-mail/Text: ra-li-occ-esbkpt-hbg@pa.gov Sep 19 2020 04:44:07
                Bureau of UC Benefits and Allowances,    P.O. Box 67503,    Harrisburg, PA 17106-7503
```

```
District/off: 0315-2               User: culy                 Page 2 of 3                Date Rcvd: Sep 18, 2020
                                   Form ID: 3180W             Total Noticed: 74


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
14035020       EDI: DISCOVER.COM Sep 19 2020 08:18:00      Discover Financial Services,    PO Box 30943,
                Salt Lake City, UT 84130-0943
14042224       EDI: DISCOVER.COM Sep 19 2020 08:18:00      Discover Bank,   Discover Products Inc,
                PO Box 3025,   New Albany, OH 43054-3025
14035023       EDI: BLUESTEM Sep 19 2020 08:18:00      Fingerhut,   PO Box 166,   Newark, NJ 07101-0166
14035024       EDI: WFNNB.COM Sep 19 2020 08:18:00      Gordon's Jewelers,   PO Box 183015,
                Columbus, OH 43218-3015
14035025      +EDI: IRS.COM Sep 19 2020 08:18:00      Internal Revenue Service,    PO Box 7346,
                Philadelphia, PA 19101-7346
14035028       EDI: RMSC.COM Sep 19 2020 08:18:00      JC Penney,   PO Box 960090,   Orlando, FL 32896-0090
14035026      +E-mail/Text: BKRMailOPS@weltman.com Sep 19 2020 04:44:22      Jared,   c/o Steling Incorporated,
                Customer Service Dept.,    375 Ghent Road,   Akron, OH 44333-4601
14035030       E-mail/Text: BKRMailOPS@weltman.com Sep 19 2020 04:44:22      Kay Jewelers,    PO Box 740425,
                Cincinnati, OH 45274-0425
14035031      +E-mail/Text: PBNCNotifications@peritusservices.com Sep 19 2020 04:44:09       Kohl's,
                PO Box 3120,   Milwaukee, WI 53201-3120
14035032       EDI: WFNNB.COM Sep 19 2020 08:18:00      Lane Bryant,   PO Box 182125,    Columbus, OH 43218-2125
14035033      +E-mail/Text: rmartin@lmmcollections.com Sep 19 2020 04:45:10       Lockhart Morris & Montgo,
                833 Arapaho Road,   Richardson, TX 75081-2293
14035034       EDI: RMSC.COM Sep 19 2020 08:18:00      Lowe's,   PO Box 530914,   Atlanta, GA 30353-0914
14063433       E-mail/PDF: MerrickBKNotifications@Resurgent.com Sep 19 2020 04:47:35       MERRICK BANK,
                Resurgent Capital Services,    PO Box 10368,   Greenville, SC 29603-0368
14035035      +EDI: TSYS2.COM Sep 19 2020 08:18:00      Macy's,   PO Box 183083,   Columbus, OH 43218-3083
14035036      +E-mail/PDF: MerrickBKNotifications@Resurgent.com Sep 19 2020 04:47:36       Merrick Bank,
                PO Box 9201,   Old Bethpage, NY 11804-9001
14035037      +EDI: MID8.COM Sep 19 2020 08:18:00      Midland Funding LLC,    8875 Aero Drive, Suite 200,
                San Diego, CA 92123-2255
14690989       EDI: NAVIENTFKASMSERV.COM Sep 19 2020 08:18:00      Navient Solutions, LLC. on behalf of,
                Department of Education Loan Services,    PO BOX 9635,   Wilkes-Barre, PA 18773-9635
14035039      +EDI: AGFINANCE.COM Sep 19 2020 08:18:00      One Main Financial,    6801 Colwell Boulevard,
                Irving, TX 75039-3198
14657875       EDI: PRA.COM Sep 19 2020 08:18:00      Portfolio Recovery Associates, LLC,    PO BOX 41067,
                Norfolk, VA 23541
14093894       EDI: PRA.COM Sep 19 2020 08:18:00      Portfolio Recovery Associates, LLC,    POB 12914,
                Norfolk VA 23541
14110037       E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 19 2020 04:44:43
                Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                Harrisburg, PA 17128-0946
14057321       EDI: Q3G.COM Sep 19 2020 08:18:00      Quantum3 Group LLC as agent for,    Comenity Bank,
                PO Box 788,   Kirkland, WA 98083-0788
14039355       EDI: AGFINANCE.COM Sep 19 2020 08:18:00      Springleaf Financial Services,    PO Box 3251,
                Evansville, IN 47731
14035044       EDI: RMSC.COM Sep 19 2020 08:18:00      Sam's Club,   PO Box 530942,    Atlanta, GA 30353-0942
14069271      +E-mail/Text: ecf@buckleyking.com Sep 19 2020 04:44:11      Sterling Jewelers, Inc.,
                dba Jared The Galleria of Jewelry,    c/o Buckley King LPA,   600 Superior Avenue,   Suite 1400,
                Cleveland, Ohio 44114-2693
14089437      +E-mail/Text: ecf@buckleyking.com Sep 19 2020 04:44:11
                Sterling Jewelers, Inc. dba Kay Jewelers,    c/o Buckley King LPA,
                600 Superior Avenue East, Suite 1400,    Cleveland, Ohio 44114-2693
14035046      +EDI: DCI.COM Sep 19 2020 08:18:00      T-Mobile,   c/o Diversified Consultants Inc,
                10550 Deerwood Park Blvd #309,    Jacksonville, FL 32256-2805
14035048       EDI: WFNNB.COM Sep 19 2020 08:18:00      Torrid,   PO Box 182125,   Columbus, OH 43218-2125
14035053       E-mail/Text: AR@vivint.com Sep 19 2020 04:44:00      Vivint Inc.,    62992 Collection Drive,
                Chicago, IL 60693
14035050       EDI: WFNNB.COM Sep 19 2020 08:18:00      Venus,   PO Box 182125,   Columbus, OH 43218-2125
14035051      +E-mail/Text: compliance@chaserec.com Sep 19 2020 04:45:27      Verizon,    c/o Chase Receivable,
                1247 Broadway,   Sonoma, CA 95476-7503
14035052       EDI: WFNNB.COM Sep 19 2020 08:18:00      Victoria's Secret,   PO Box 182125,
                Columbus, OH 43218-2125
                                                                                              TOTAL: 48

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Duquesne Light Company
cr             PNC Bank, National Association
cr             PNC Bank, National Association
smg*           Pennsylvania Department of Revenue,    Bankruptcy Division,   P.O. Box 280946,
                Harrisburg, PA  17128-0946
14035014*      Capital One,   PO Box 71083,   Charlotte, NC 28272-1083
                                                                                              TOTALS: 3, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0315-2           User: culy                  Page 3 of 3                  Date Rcvd: Sep 18, 2020
                               Form ID: 3180W              Total Noticed: 74
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 20, 2020                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 18, 2020 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    PNC Bank, National Association
               andygornall@latouflawfirm.com
              Brett A. Solomon    on behalf of Creditor    Ally Financial brett.solomon@solomon-legal.com
              Brian  Nicholas    on behalf of Creditor    PNC Bank, National Association bnicholas@kmllawgroup.com
              Kenneth M. Steinberg    on behalf of Joint Debtor Tinika M. Robinson-Spells
               julie.steidl@steidl-steinberg.com,
               kenny.steinberg@steidl-steinberg.com;cgoga@steidl-steinberg.com;jbarlow@steidl-steinberg.com;lesl
               ie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@stei
               dl-steinberg.com
              Kenneth M. Steinberg    on behalf of Debtor Alfonso L. Spells julie.steidl@steidl-steinberg.com,
               kenny.steinberg@steidl-steinberg.com;cgoga@steidl-steinberg.com;jbarlow@steidl-steinberg.com;lesl
               ie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@stei
               dl-steinberg.com
              Kenneth M. Steinberg    on behalf of Plaintiff Alfonso L. Spells julie.steidl@steidl-steinberg.com,
               kenny.steinberg@steidl-steinberg.com;cgoga@steidl-steinberg.com;jbarlow@steidl-steinberg.com;lesl
               ie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@stei
               dl-steinberg.com
              Kenneth M. Steinberg    on behalf of Plaintiff Tinika M. Robinson-Spells
               julie.steidl@steidl-steinberg.com,
               kenny.steinberg@steidl-steinberg.com;cgoga@steidl-steinberg.com;jbarlow@steidl-steinberg.com;lesl
               ie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@stei
               dl-steinberg.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company, LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
              S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                               TOTAL: 12
```